UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICIA CLAUDE,          ) | |
| ) | |
| Plaintiff,          ) | Case No.: JFM-022511 |
| ) | |
| v.          ) | |
| ) | |
| HARBOR HOSPITAL CENTER,          ) | |
| ) | |
| Defendant.          ) | |
| _____ / | |

**JOINT REQUEST FOR MODIFICATION OF SCHEDULING ORDER**

The parties hereby respectfully request a forty-five day extension of the May 23, 2003 discovery deadline and corresponding extensions of the other deadlines in the Scheduling Order for the following reasons:

1. The parties have engaged in discovery, including the exchange of written discovery requests and responses and the scheduling and taking of depositions. Thus far, three depositions have been taken, with an additional four scheduled before the May 23, 2003 deadline. In the course of this discovery, however, the parties have determined that additional discovery is necessary. For example, the Plaintiff intends to take the depositions of an additional ten individuals, while the Defendant intends to obtain records from and take the depositions of Plaintiff's treating physicians, of which she has recently named four.

2. Despite the parties' cooperative efforts to complete discovery pursuant to the Court's initial Scheduling Order, they have been unable to do so due to other scheduling commitments. In view of the fact that if the Court approves this request the discovery deadline will extend beyond the current motions deadline, the parties respectfully request that the other deadlines in

the Scheduling Order be extended by forty-five days as well. The Defendant anticipates filing a dispositive motion in this case.

    3.    No trial date has yet been scheduled in this case.

    4.    Counsel for Plaintiff has authorized counsel for Defendant to file this joint request.

WHEREFORE, the parties jointly request that the Court's Scheduling Order be modified as requested above.

                                          Respectfully submitted,

/s/                                          /s/
_____      _____
Norris A. Ramsey                    Bruce S. Harrison
Norris Ramsey, P.A.
2122 Maryland Avenue              /s/
Baltimore, MD 21218            _____
(410) 752-1646                     Fiona W. Ong
                                        SHAWE & ROSENTHAL
                                        20 South Charles Street, 11th Flr.
                                        Baltimore, Maryland 21201
                                        (410) 752-1040

May 13, 2003

82104

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY a copy of the foregoing Joint Request for Modification of Scheduling Order was electronically filed this 13th day of May, 2003.  In the event counsel for Plaintiff is not registered with the Court for service electronically, a paper copy will be mailed on May 13, 2003, via first class mail, postage prepaid, to:

>Norris Ramsey, Esquire
>Norris Ramsey, P.A.
>2122 Maryland Avenue
>Baltimore, MD  21218

        /s/
_____
      Fiona W. Ong