UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICIA CLAUDE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: JFM-022511 |
| | ) | |
| v. | ) | |
| | ) | |
| HARBOR HOSPITAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In consideration of the Joint Motion for Modification of the Scheduling Order to allow for a 45 day extension of the discovery deadline, and corresponding extensions of the other deadlines in the Scheduling Order,

IT IS HEREBY ORDERED this _____ day of _____, 2003 that the Motion be granted.

_____
Judge United States District Court for
District of Maryland