UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PATRICIA CLAUDE,** ) | |
| ) | |
| **Plaintiff,** ) | Case No.: JFM-022511 |
| ) | |
| v. ) | |
| ) | |
| **HARBOR HOSPITAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

## STATUS REPORT

In accordance with the Scheduling Order of January 8, 2003, the parties state as follows:

a) Discovery is not yet completed.

Plaintiff requests an extension for the purposes of deposing two additional witnesses, to last no more than 4 hours. Defendant objects to further depositions by the Plaintiff, as she has had adequate time and opportunity to depose these witnesses prior to the discovery cutoff date.

Defendant requests an extension for the limited purpose of discovery as to Plaintiff's EAP provider. Defendant is still awaiting a medical release for Plaintiff's EAP provider, which has been specifically requested since May 21. Once the release has been provided and the EAP records obtained, Defendant may seek to take the deposition of the EAP provider. Plaintiff has no objection to this request.

b) There are no motions pending.

c) Defendant intends to file a dispositive pretrial motion.

d) The case will be tried before a jury, and is expected to last five days.

e) The parties have not had serious settlement discussions, and there does not appear to be any possibility of settlement at this time.

f) Neither party believes that it would be helpful to refer this case to another judge for a settlement or other ADR conference.

g) The parties do not consent to have a U.S. Magistrate Judge conduct any further proceedings in this case.

h) There are no other matters to be brought to the Court's attention.

                                                Respectfully submitted,

/s/                                              /s/
_____    _____
Norris A. Ramsey                           Bruce S. Harrison
Norris Ramsey, P.A.
2122 Maryland Avenue                      /s/
Baltimore, MD 21218                     _____
(410) 752-1646                               Fiona W. Ong
                                                SHAWE & ROSENTHAL
                                                20 South Charles Street, 11th Flr.
                                                Baltimore, Maryland 21201
                                                (410) 752-1040

July 7, 2003

84044