### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND, NORTHERN DISTRICT

| | |
|---|---|
| PATRICIA CLAUDE, ) | |
| ) | |
| Plaintiff, ) | Case No.: JFM-022511 |
| ) | |
| v. ) | |
| ) | |
| HARBOR HOSPITAL CENTER, ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Harbor Hospital Center moves the Court to grant summary judgment in its favor and against the Plaintiff, Patricia Claude. As explained more fully in the accompanying Memorandum In Support and Exhibits thereto, the undisputed material facts fail to support Plaintiff's claims in this action.

Respectfully submitted,

/s/
_____
Bruce S. Harrison

/s/
_____
Fiona W. Ong
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
Telephone: (410) 752-1040
Facsimile: (410) 752-8861

Attorneys for Defendant

August 7, 2003