UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DISTRICT

| | |
|---|---|
| PATRICIA CLAUDE * | |
| * | |
| Plaintiff, * | |
| * | |
| vs. * | Civil Action No. JFM-022511 |
| * | |
| HARBOR HOSPITAL CENTER * | |
| * | |
| Defendant. * | |

## NOTICE OF LENGTHY FILING

Exhibit 2, which is attached to Defendant's Harbor Hospital Center's Memorandum in Support of its Motion for Summary Judgment exists only in paper format and if scanned will be larger than 1.5 MB. The Exhibit will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Respectfully submitted,

SHAWE & ROSENTHAL, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD  21201
(410) 752-1040

/s/
_____
Bruce S. Harrison
Bar No. 00887

Dated: August 7, 2003

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Lengthy Filing was served on August 7, 2003, by first class mail, postage prepaid, upon:

> Norris Ramsey, Esquire
> Norris Ramsey, P.A.
> 2122 Maryland Avenue
> Baltimore, MD  21218

/s/
_____
Fiona W. Ong