

# MedStar Health



## General Compliance Training

Presented by the Corporate Compliance Department

**IF YOU ARE USING THIS MANUAL FOR SELF-LEARNING, BE SURE TO READ THE INSTRUCTIONS ON PAGE 30!**

IF YOU ARE USING THIS MANUAL FOR SELF-LEARNING, READ PAGE 30 FIRST!



**EEOC**
U.S. Equal Employment Opportunity Commission

## Employment Practices
### Equal Employment Opportunity

MedStar Health is committed to equal employment opportunity without regard to race, color, religion, national origin, gender, sexual orientation, age, disability, marital status, or veteran status in the following areas:

- hiring and recruiting
- compensation and benefits
- educational assistance
- promotions
- disciplinary actions
- terminations

### Harassment
Harassment in all forms is strictly prohibited at all MedStar Health facilities. Some examples of harassment categories include:

- gender
- race
- religion
- disability
- age
- personality
- sexual



Some types of harassment are:

- degrading and/or humiliating jokes (including E-mails)
- slurs
- threats of bodily harm
- verbal/physical intimidation
- certain forms of physical contact

### Sexual Harassment
All forms of sexual harassment are prohibited at MedStar Health facilities. Examples of sexual harassment include:

- unwelcome sexual advances or requests for sexual favors as a part of employment decisions
- creating a hostile environment—verbal or physical conduct of a sexual nature that is offensive or intimidating (i.e., sex jokes, posting sexually explicit pictures in work areas or on computer screens)

IF YOU ARE USING THIS MANUAL FOR SELF-LEARNING, READ PAGE 30 FIRST!

# Reporting Suspected Compliance Violations

MedStar Health policy requires that you report anything that a reasonable person would suspect is illegal or unethical. Your good judgement should help you decide what needs to be reported. If you need help determining if something needs to be reported, ask yourself these four questions:

- Is the situation *inconsistent* with MedStar Health's values and policies?
- Is it *illegal*?
- Is it *unfair* or *inappropriate*? (Does it pass your "gut" test?)
- Would you be *embarrassed* if it became public knowledge?

If you can answer "yes" to any of these questions, then make a report.

---

**Who to Report To**

If you are still unsure what to do or you are unclear about anything in the Code of Conduct, talk to your:

- Supervisor/Manager
- Compliance Director for your facility

PLEASE WRITE THE NAME AND PHONE NUMBER OF YOUR COMPLIANCE DIRECTOR HERE (See Page 6):

_____         _____
Compliance Director's Name                                                   Phone Number

- Corporate Compliance Director (MedStar North only)
    Connie Fairley  410-933-3255
- Corporate Compliance Officer (MedStar North and MedStar South)
    Glenna Jackson  202-877-3868

---

**The Compliance HOTLINE**

The phone number for the Compliance Hotline for your entity/facility is listed on page 6. The Compliance Hotline is available 24 hours a day, 7 days a week. During normal business hours it will be answered by Corporate Compliance, otherwise you may leave a message. The Compliance Hotline is not connected to caller identification or caller display. You may comfortably report any incident or suspected violation of policies or regulations.

If you don't want to use your name when you call, that's no problem! Anonymous calls are welcome. However, if you want to remain anonymous, start anonymous. Corporate Compliance is required to keep a record of every phone call that comes into the

IF YOU ARE USING THIS MANUAL FOR SELF-LEARNING, READ PAGE 30 FIRST!

Compliance Hotline. If you give your name on the first call, it must be recorded into the log. If you want to be anonymous, just make up an identifier for yourself. For example, your call might go like this, "Hi, this is 12345 and I'm calling from _____ Hospital in the Department of _____. The problem is _____ and the people involved are _____." That's all Corporate Compliance needs to know to start an investigation. However, once an investigation starts, there may be questions. If you make an anonymous report, Corporate Compliance would like you to call back on the Compliance Hotline in 3-4 business days. When you call back, use the same identifier. For example, your follow-up call might go like this, "Hi, this is 12345. I called you a few days ago from _____ Hospital in the Department of _____ about _____. Do you have any questions?" When you call back, Corporate Compliance can ask important questions to continue the investigation, and you remain anonymous.

### Protection from Retaliation

MedStar Health policy and the law protect you from retaliation if you make a report to Corporate Compliance in good faith. It is *NEVER* acceptable for anyone to intimidate, harass, or retaliate against anyone who makes a good faith report. Anyone who retaliates against you is subject to disciplinary action, including dismissal. If you have reason to believe that someone is retaliating against you because you made a good faith report, contact Human Resources and the Compliance Director at your entity/facility.

### Monitoring and Corrective Action

When you make a report to Corporate Compliance, the department must conduct an investigation, make a report of the findings, and document what actions were taken to correct the problems identified. Most important, the department must report what procedures were put into place to reduce the possibility of the recurrence of the same problems.