

**Harbor Hospital**
*a MedStar Health Hospital*

3001 South Hanover Street
Baltimore, Maryland 21225
(410) 350-3200

# Human Resources
# Employee Policies &
# Procedures

| Title: | Standards of Behavior | | Section: | Harbor - General Policies |
|---|---|---|---|---|
| Purpose: | To define acceptable standards of behavior and provide guidelines for corrective action | | Number: | A 20 |
| Attachments / Addendums: | | | Approval Date: | 08/02/93 |
| | | | Latest Revision: | 01/02/2002 |
| | | | Next Review Date: | 01/02/2003 |

## A 20 Standards of Behavior

20.0  Regulations for the acceptable conduct of employees are necessary for the orderly operation of any organization and for the benefit and protection of the rights and safety of all employees.

The purpose of these guidelines is not to restrict the rights of anyone, but to define the rules which protect the rights of all. They will be used in conjunction with the policy on corrective action (see section A 21).

20.1  Every employee is expected to comply with acceptable standards of behavior.

20.1.1  Violations of these standards will result in corrective action or discharge. The level of corrective action imposed by the Hospital will depend upon the seriousness of the employee's conduct, the circumstances under which it occurred, and previous corrective actions received by the employee.

20.2  A record of corrective action will be placed in the employee's personnel file.  If no further corrective action must be taken with this employee within the time periods described in Section 21.11, the corrective action iwll no longer be considered.

20.2.1  A record of corrective action in an employee's personnel file may be included in later considerations of wage increases, promotions, transfers and leaves of absence.

20.2.2  Any and all corrective actions will be summarized in the employee's performance evaluations.

20.3  It is impossible to describe every standard of conduct for every circumstance in the manual.  Some of the Hospital's rules and standards, a violation of which can result in corrective action up to and including suspension or discharge, are listed below.  These rules are not all-inclusive. Any conduct, even is not specifically described below, that could cause a personal accident, injury to other employees, a breakdown of discipline, disruption of work, or is otherwise harmful to the Hospital will result in corrective action.  (for behaviors not listed, supervisors/managers may consult with their upper-level manager and Human Resources )  The action taken by the Hospital, whenever a rule or standard of conduct is not followed, may include the following corrective action methods.  These, however, are guidelines and not an enforceable commitment.  Corrective action, up to and including discharge, may be applied without using these methods.

20.3.1  Category 1 - Verbal Warning:  (May be written warning, suspension, or termination of employment, depending upon the determining factors) (The supervisor may choose to have another supervisor present as a witness when giving a verbal warning).

20.3.1.1  Excessive absence or tardiness

20.3.1.1.1  See section D 7 ( 7.2 Absenteeism/Tardiness) for the detailed discussion of

the Attendance Policy.

20.3.1.2  Creating or contributing to unsanitary conditions.

20.3.1.3  Inefficient or careless job performance.

20.3.1.4  Absence from the work area without permission

20.3.1.5  Unauthorized extension of meal time or coffee breaks.

20.3.1.6  Loitering during working hours.

20.3.1.7  Improper attire and appearance.

20.3.1.8  Inappropriate use of hospital telephones for personal calls. Use of personal cell phones while on duty  or in any patient care area.

20.3.1.9  Incompatibility with supervision or management.

20.3.2  Category II - First written warning (may be suspension or termination of employment depending upon the determining factors)

20.3.2.1  Failure to perform assigned duties

20.3.2.2  Negligent treatment or mistreatment of patients, guests or employees.

20.3.2.3  Participation in gambling, lottery, or any other game on Hospital premises, except for participation in official or Hospital fund raising activities.

20.3.2.4  Unauthorized or improper solicitation and distribution.

20.3.2.5  Unauthorized use of official Hospital stationery and/or mail services or other Hospital supplies and equipment.

20.3.2.6  Failure to report a safety hazard or an unsafe practice.

20.3.2.7  Negligent performance of duties.

20.3.2.8  Failure to follow Hospital policies and/or procedures.

20.3.2.9  Failures to report to work without requesting leave.

20.3.3  Category III Final Written Warning with Suspension (may be Termination of employment depending upon the determining factors)

20.3.3.1  Insubordination — deliberate refusal to carry out the directions of a supervisor, and/or deliberate refusal to conform to Hospital policies and/or procedures.

20.3.3.2  Unauthorized possession of or use of any alcoholic beverages or chemical agent on Hospital premises.

20.3.3.3  Reporting to work in an unsafe condition, which affects performance, e.g. under the influence of alcohol or any chemical agent.

20.3.3.4  Unauthorized alteration of employee work schedule.

20.3.3.5  Unauthorized solicitation of tips or gifts from patients, visitors, employees, vendors, or physicians.

20.3.3.6  Making threats

20.3.3.7  Committing assault — an unlawful threat to physically harm another person.

20.3.3.8  Intimidating, coercive, rowdy, prankish, or harassing behavior, including sex or racial harassment.

20.3.3.9  Committing battery -- the intentional, unpermitted touching of another person.

20.3.3.10  Fighting

20.3.3.11  Sleeping during work hours.

20.3.3.12  Interference with employees or supervision at any time on Hospital premises.

20.3.3.13  Deliberate or careless violation of Hospital safety, fire, or security regulations.

20.3.3.14  Failure to respond without acceptable reasons to assigned duty during fire or disaster drills.

20.3.3.15  Negligent performance of duties which resulted in or could have resulted in injury to a patient, visitor, or another employee.

20.3.3.16  Dishonesty, misrepresentation, or intentionally making a false statement regarding Hospital business or in the performance of one's job.

20.3.3.17  Smoking in unauthorized areas and/or at unauthorized times which is in direct violation of Maryland State Law.

20.3.3.18  Parking in unauthorized areas and/or at unauthorized times which is indirect violation of Hospital parking policy.

20.3.4  Category IV Immediate Termination of Employment.

20.3.4.1  Deliberate mistreatment of patients.

20.3.4.2  Deliberate destruction and/or alteration of Hospital property.

20.3.4.3  Unauthorized possession or use of dangerous weapons on Hospital property.

20.3.4.4  Immoral or obscene conduct on Hospital property.

20.3.4.5  Discussion of disclosure of, unauthorized use of, or access to confidential information not authorized in the performance of duty.

20.3.4.6  Knowingly punching another employee's time card or defacing or mutilating any time card or time sheet.

20.3.4.7  Deliberate falsification of any official Hospital record with the intent to deceive.

20.3.4.8  Theft of patient, employee, Hospital, or guest property.

20.3.4.9  Refusal to work an equitable work schedule or assignment.

20.3.4.10  Unauthorized sale and/or distribution of illegal chemical substances and/or controlled substances on Hospital property.

20.3.4.11  Inability and/or unwillingness to correct unacceptable behavior despite previous verbal and written warnings.

| Reference: | |
|---|---|
| Approved By: | *(signature)* |



**Harbor Hospital**
*a MedStar Health Hospital*

3001 South Hanover Street
Baltimore, Maryland 21225
(410) 350-3200

# Human Resources
# Employee Policies &
# Procedures

| Title: | Corrective Action Policy | Section: | Harbor - General Policies |
|---|---|---|---|
| Purpose: | To define and give guidelines for unacceptable employee behavior | Number: | A 21 |
| Attachments / Addendums: | | Approval Date: | 01/01/93 |
| | | Latest Revision: | 01/02/2002 |
| | | Next Review Date: | 01/02/2003 |

## A 21    CORRECTIVE ACTION

21.1  Corrective action is an educational process that corrects unacceptable employee behavior, encourages desirable and positive behavior, and promotes an efficient and harmonious working environment.  Harbor Hospital expects employees to maintain acceptable standards in their relationships with patients, co-workers, medical staff, and visitors.

21.2  Corrective action may range from verbal warnings for minor offenses to suspensions without pay or termination of employment for more serious or repeated violations of Hospital rules.

21.3  The immediate supervisor will conduct a prompt and impartial investigation into the facts and conditions of the employee's behavior.

21.4  The supervisor will consider the following factors in choosing the appropriate corrective action:

    21.4.1  The nature and severity of the incident.

    21.4.2  The employee's previous corrective actions, if any

21.5  As general information the Standards of Behavior classifies various types of unacceptable behavior by their severity (see section A20). ***Click on the Icon to view the policy***📄

    21.5.1  This is not a complete list of incidents leading to corrective action. Any conduct that could cause a personal accident,  injury to other employees, a breakdown of discipline, disruption of work, or is otherwise harmful to the Hospital will  result in corrective action. Based on nature and severity, an employee may receive corrective action up to  and including termination, even for the first offense.

    21.5.2  Supervisors may consult with upper-level managers and the Human Resources Department concerning behaviors not  included in the Standards of Behavior.

21.6  The Corrective Action process takes place in the following sequence:

    21.6.1  The occurrence of unacceptable behavior by the employee.

    21.6.2  Discovery, collection, and documenting of relevant facts such as statements of direct observation and other written statements, objects, and /or records. These facts will describe the unacceptable behavior and, if applicable, the resulting incident this behavior caused.

    21.6.3  The analysis of these facts by the managers accountable for the work performance of the employee.

    21.6.4  A decision of appropriate action by management after consultation with Human Resources.

    21.6.5  A meeting of the appropriate manager with the employee at  which time all relevant facts are shown to the employee.

21.6.5.1 The employee has the opportunity to present a written response to the allegations.

21.6.5.2 The employee has an opportunity to consult with Human Resources.

21.7 A serious or repeated violation in categories I, II or III (see A20) may justify the application of more stringent corrective action than generally applied.

21.8 If the alleged offense is a violation of Category III or Category IV of the Conduct Code (see A20), the employee may be suspended immediately without pay, pending investigation.

21.8.1 If the investigation shows suspension was inappropriate, the employee will be paid for the regularly-scheduled work days off duty under suspension.

21.9 The corrective action categories listed below are applied in accordance with Section 21.4. In all categories the employee is given the opportunity to review the facts and/or allegations and make a statement.

21.9.1 Verbal Warning :

21.9.1.1 The employee is privately counseled by the supervisor. The employee's unacceptable behavior is clearly identified and the violation is discussed.

21.9.1.2A Verbal Warning is meant to be an educational session for the employee. Documentation may be forwarded to the Employee's Personnel File

21.9.2 First Written Warning :

21.9.2.1 The supervisor will issue a written warning in the following circumstances after discussing the case with Human Resources and the department Manager:

21.9.2.1.1 A minor violation is repeated, indicating that a verbal warning has had no effect on the employee's behavior;

21.9.2.1.2 There has been more than one instance of unacceptable conduct;

21.9.2.1.3 The severity of the offense justifies a written warning on the first occurrence.

21.9.2.2 After the corrective action meeting with the employee, the supervisor will send all relevant documents to the Human Resources Department for placement in the employee's Personnel file.

21.9.3 Final Written Warning with Suspension :

21.9.3.1Except for counseling for absenteeism, final written warnings are accompanied by a one-to-three day suspension from duty without pay.

21.9.3.1.1 The supervisor will inform the employee that additional misconduct may result in termination of employment.

21.9.3.1.2 The Supervisor has the authority to suspend the employee after discussing the case with his/her immediate supervisor and the Human Resources Department.

21.9.3.2 Suspension is justified by repeated violations of established rules of conduct.

21.9.3.3 Immediate suspension is justified by extreme violations of the established rules of conduct, or by nature and severity of the violation.

21.9.3.3.1 When such an incident occurs, the immediate supervisor may suspend the employee at once until a meeting can be arranged to determine appropriate corrective action.

21.9.3.3.2 If the employee is found innocent of the allegations, he/she will be reinstated without loss of pay for any scheduled work time lost.

21.9.4 Immediate Termination of Employment :

21.9.4.1 The supervisor may terminate employment after consultation with Human Resources and the department manager.

21.9.4.2 The employee is relieved of all duties and removed from the payroll. Normal termination procedures are followed.

21.9.4.3 It may be necessary to remove the individual from the premises immediately. If assistance is needed, the Security Department may be called.

21.10    Management Authority:

Corrective Action Taken Action ........... Action............................. **Authority**

1. Verbal Warning ...................................................................**Supervisor**

2. First Written Warning...................Corrective Action Record......**Supervisor takes action after consultation with Human Resources.**

3. Final Written Warning....... Suspension (1to 3 days)Corrective Action Record...............**Supervisor takes action after consultation with his/her immediate supervisor and Human Resources.**

4. Immediate Suspension pending hearing regarding extreme violation of Conduct Code......**Supervisor followed by consultation with Human Resources.**

5. Termination of employment ............................ **Supervisor takes Corrective Action Record consultation with his/her immediate supervisor and Human Resources**

21.11    Record-Keeping:

21.11.1 All corrective actions, except verbal warnings, will be documented in the personnel file. The documents will be placed in the employee's Personnel file in the Human Resources Department.

21.11.2 Schedule for Purging Corrective Action Documents:An employee's Personnel file will periodically be reviewed. Documentation of corrective action will not be considered if no additional corrective action has occurred within the time periods noted below:

Type of Corrective Action..........Time Elapsed since the corrective Action

First written warning.....................Twelve (12) Months

Final Written Warning.................Twenty-four (24) months

Termination of Employment.......Indefinite-Never removed

Performance evaluations will include comments about any corrective action taken during the evaluation period. The result of the corrective action process will be documented in the employee's performance evaluation.

| Reference: | |
|---|---|
| Approved By: | _(signature)_ |



**Harbor Hospital**
*a MedStar Health Hospital*

3001 South Hanover Street
Baltimore, Maryland 21225
(410) 350-3200

# Human Resources
# Employee Policies &
# Procedures

| Title: | Grievance Resolution Procedure | Section: | Harbor - General Policies |
|---|---|---|---|
| Purpose: | To define the grievance resolution process for employees who believe they have been unfairly treated | Number: | A 22 |
| Attachments / Addendums: | Grievance form. | Approval Date: | 01/01/93 |
| | | Latest Revision: | 01/02/2002 |
| | | Next Review Date: | 01/02/2003 |

## A 22    GRIEVANCE RESOLUTION PROCEDURE

This policy provides fair treatment through an orderly system of resolving conflict. It applies in cases arising from either the application of policy or the treatment of employees. It gives employees 1) the right to relief from unfair or inappropriate treatment; 2) a fair and equitable opportunity to disagree without fear of reprisal; 3) timely reviews and decisions made by more than one level of management.

22.1 A grievance is any complaint or dissatisfaction caused by the following:

22.1.1 An interpretation, application, or claimed violation of any provision of Hospital Human Resources policies and/or procedures;

22.1.2 Any complaint or dissatisfaction concerning wages, hours or working conditions.

22.2 Harbor Hospital encourages employees to offer suggestions, to raise questions, to voice disagreement with a policy and/or procedure, or to report when they feel unfairly treated.

22.2.1 Supervisors must be alert to employee dissatisfaction's and resolve them as soon as possible.

22.2.2 Supervisors must support the employee's choice to submit a formal grievance if the employee is still dissatisfied.

22.2.3 Any employee with a personal grievance has the right to be heard and the right to receive a decision on that grievance.

22.2.4 Submission of a formal grievance will not jeopardize the employment status or working conditions of the employee or his/her supervisor or department manager.

22.3 The aggrieved employee will be encouraged to take the matter to the Department of Human Resources for advice and consultation before beginning the formal Grievance Resolution Procedure.

22.4 The employee has the right to bring any direct witness to the grievance hearing. No other employees or non-employees may attend the hearing.

22.5 A formal grievance or a charge of unfair treatment other than termination must be raised within ten (10) working days following the event giving rise to the grievance or within ten (10) working days after the time when the employee reasonably should have learned of its occurrence.

22.5.1 "Working Days" is defined as Monday through Friday, regardless of the employee's work schedule, weekend work, or mid-week days off.

22.6 An employee whose employment has been terminated for unsatisfactory performance or a violation of the Conduct code may appeal that decision through the formal Grievance Resolution Procedure.

22.6.1 The grievance must be filed with the Department of Human Resources within three (3) working days after the employee has been informed of the termination. Otherwise, his/her appeal will not be considered.

22.7 The informal Grievance Resolution Procedure

22.7.1 Employee should be encouraged to use the Informal Grievance Resolution procedure before filling a formal grievance. However, please note that the deadline to initiate a formal grievance remains ten working days (see 22.5 above)

22.7.2 Each employee's immediate supervisor is responsible for the following as part of the normal supervisory relationship:

22.7.2.1 Hearing the employee's complaints;

22.7.2.2 Answering or obtaining answers to work-related questions;

22.7.2.3 Applying corrective action equitably and consistently;

22.7.2.4 Altering higher management levels appropriate, to the possibility that an issue may not be resolvable at the supervisor's level.

22.7.2.4.1 The supervisor should immediately contact the Department of Human Resources whenever the issue involves hospital-wide policy or practice.

22.7.3 As a general rule, supervisors are required to respond to complaints and inquiries with an answer or decision within a maximum or three (3) working days. A verbal response is acceptable.

22.7.3.1 If additional time is necessary notify the employee before the expiration of the three-working-days period.

22.7.4 If the employee states or implies that the issue has not been satisfactorily resolved, the issue may become a formal grievance.

22.7.4.1 The employee makes the decision to submit a formal grievance.

22.7.4.2 The employee must use the Grievance Resolution Procedure Form.

22.7.4.3 The employee's immediate supervisor will help the employee understand and begin the grievance process.

22.8 The formal Grievance Procedure allows an employee to seek a formally- documented solution to a complaint of unfair treatment regarding personnel policies and procedures or dissatisfaction with wages, hours or working conditions.

22.8.1 Step 1: Department Manager and Division Level Management.

22.8.1.1 The employee writes his/her grievance on the official Hospital grievance form within ten (10) working days of the occurrence or of his/her knowledge of it, or within three (3) working days of notification of employment termination.

22.8.1.1.1 He/she may request help from his/her supervisor and/or Human Resources

who will review the grievance form for appropriateness and completeness.

22.8.1.2  The division level management and the appropriate  department manager, if any, will jointly consider the grievance with a designee from Human Resources. After reviewing all pertinent records and documents, they will meet with the employee.

22.8.1.2.1  This meeting will normally take place within  three (3) working days after receipt of the written grievance.

22.8.1.3  If the employee does not attend the scheduled  meeting, he/she must contact the respective manager within twenty-four (24) hours of the  meeting to explain the reason for his/her absence and arrange another meeting.  Otherwise the grievance procedure will end. The employee's request(s) will not be honored because of the  employee's default.

22.8.1.4  During the meeting with the division level   management, the employee may present witnesses, names of relevant individuals, written arguments,  etc.

22.8.1.5  The employee may bring another employee of  his/her choice if he/she is a witness.

22.8.1.6  The respective manager(s) will give a written answer to the employee within three (3) working days of the meeting.

22.8.1.7  Copies of the Grievance Resolution Form and all relevant attachments will be given to the employee.

22.8.1.8  The original documents will be sent to the Department of Human Resources.

22.8.1.9  If at any point in Step 1 of the grievance process the   respective manager(s) cannot respond within the time period(s) defined, the employee will be informed both of the delay and the date on which the manager(s) expect(s) to respond.

22.8.2  Step 2: President or Administration Designee

22.8.2.1  If the grievance is not satisfactorily answered in Step 1, the employee may appeal within five (5)  working days to top levels of Administration.

22.8.2.2  The grievance form will be sent to Human  Resources, which will assemble the relevant records.  The President, or his/her designee, will  investigate all  factors relevant to the grievance, including  precedents, etc.

22.8.2.3  The President or his/her designee will determine if a meeting with the employee is to be conducted.  If  the decision is to meet with the employee the meeting should take place within five (5) working days of receipt of the grievance by the President or designated representative.

22.8.2.4  If the employee does not attend the scheduled meeting, he/she must contact the President's office or the designee within twenty-four (24) hours of the  meeting to explain the reason for his/her absence.  If   there is a suitable explanation, another meeting will  be arranged. Otherwise the grievance procedure will  end.  The employee's request(s) will not be honored because of the employee's default.

22.8.2.5  Generally, the President or designee will give a  written reply within ten (10) working days after a meeting.  In the event a determination is made without a meeting being held the employee will be provided with a copy of the decision within five(5)  working days of receipt of the grievance by the President or designee.

22.8.2.6  If at any time in Step 2 of the grievance process the President or the designee is unable to respond  within the time period defined, the employee will be  informed both of the delay and the date on which he/she expects to respond.

**22.8.2.7** The original completed Grievance Resolution Form describing the final resolution of the grievance will be placed in the employee file as well as a confidential grievance file it the Depart of Human Resources.

**22.8.3** The decision of the President or his/her designee is the final resolution of the grievance.

**22.9** Each grievance will be evaluated and resolved on its own merits.

| **Reference:** | |
|---|---|
| **Approved By:** | |



**Harbor Hospital**
*a MedStar Health Hospital*

3001 South Hanover Street
Baltimore, Maryland 21225
(410) 350-3200

# Human Resources
# Employee Policies &
# Procedures

| Title: | Equal Opportunity Policy | Section: | Harbor - General Policies |
|---|---|---|---|
| Purpose: | To ensure equal opportunities (EO) for all Harbor Hospital and MedStar employees and applicants for employment, as well as to provide an opportunity to report, have investigated and resolve employees' EEO concerns and complaints. | Number: | D2 |
| Attachments / Addendums: | | Approval Date: | 10/01/2001 |
| | | Latest Revision: | 01/02/2002 |
| | | Next Review Date: | 01/02/2003 |

## D2  Equal Opportunity Policy

### Policy Statement

Harbor Hospital and MedStar Health are an equal opportunity employer and are committed to equal opportunity for all candidates for employment and employees. Where federal, state or local laws contain mandatory requirements that differ from the provisions of this section, such legal requirements prevail for employees working in affected locations.

In furthering its commitment to provide equal opportunities, it is Harbor Hospital and MedStar Health's policy to:

- Comply with both the letter and the spirit of all applicable laws and regulations governing employment
- Provide equal employment opportunity to all employees and applicants for employment
- Prohibit unlawful discrimination or harassment in any employment decision or in the administration of any personnel policy because of race, color, creed,          religion, national origin, citizenship, sex, age, physical or mental disability,   marital status, sexual preference or orientation or any other characteristic          protected by federal, state or local EO laws and regulations
- Make reasonable accommodations for the physical and/or mental limitations of qualified employees or applicants with disabilities
- Protect employees' right to refer possible violations of this policy to management, Human Resources and/or the Compliance Department without          intimidation, coercion, discrimination, harassment or retaliation of any form for  exercising such rights.

### Scope of Policy

This policy applies to all Harbor Hospital and MedStar Health Company 900 full and part-time employees, and where appropriate and required by law, to temporary employees, contract employees and independent contractors.

**Definitions**
Not applicable.

**Responsibilities**

**Management**
- Adhere to the letter and the spirit of Harbor Hospital and MedStar's EO Policy, and of EO laws and regulations
- Promote compliance with the terms of this policy and be alert to possible policy violations
- Foster an environment that is free from discrimination, harassment and/or retaliation
- Afford equal opportunity, as described in this policy, to all employees and job applicants in all aspects of employment (i.e., hiring, promotions, transfers, compensation treatment, application of Harbor Hospital and MedStar policies, and the like)
- Rely on objective, job-related standards in the execution of all employment related duties
- Immediately report to Human Resources and/or the Legal Department any known or perceived violations of this policy
- Cooperate with any internal investigations that may arise from any known or perceived violations of this policy
- As directed by Human Resources, periodically review with employees (either in individual or group/staff meetings) Harbor Hospital and MedStar's EO Policy
- Document in employees' personnel files when such reviews have taken place

**Employees**
- Ensure that you understand this policy and its requirements, and contact management, Human Resources and/or the Compliance Department with any questions that you may have
- Adhere to the letter and spirit of Harbor Hospital and MedStar Health's EO policies, and of EO laws and regulations
- Help foster an environment that is free from discrimination, harassment and/or retaliation
- Inform management, Human Resources and/or the Compliance Department of situations where actual or potential violations of this policy exist
- Cooperate with management, Human Resources, Compliance and other departments to ensure compliance with this policy
- Cooperate with any internal investigations that may arise from known or perceived violations of this policy

**Human Resources**

- Assist managers, employees, and the Compliance and other departments in ensuring compliance with this policy
- Assist in educating managers, supervisors and employees regarding this policy, its requirements and their responsibilities
- Ensure that Harbor Hospital and MedStar's EO, Harassment Prevention, and Accommodations for Individuals with Special Needs policies are covered in new employee

orientation programs
- Ensure that federal and state government nondiscrimination posters are displayed permanently in conspicuous locations in all Harbor Hospital and MedStar Health facilities
- Where appropriate, inform and/or seek assistance from the Legal Department regarding complaints of known or perceived violations of this policy
- Conduct and/or assist in internal investigations based on complaints regarding known or perceived violations of this policy
- With the assistance of the Legal Department, serve as Harbor Hospital and MedStar's Health representative where complaints are filed by employees, former employees or job applicants with federal and/or state non-discrimination agencies
- Assist in ensuring that managers have obtained employees' signed EO Policy Review Acknowledgment Forms and that a copy of the form is placed in the appropriate employee's personnel file

**Compliance Department**
- Assist in educating managers, supervisors and employees of the requirements of this policy through the Compliance Department's Code of Conduct training programs
- Upon receipt of a complaint regarding a perceived or actual violation of this policy, contact Human Resources and/or the Legal Department so that an investigation of the complaint can take place
- Conduct and/or assist in internal investigations based on complaints regarding known or perceived violations of this policy

**Employee Health & Safety**
- Provide assistance in assessing employees' and job applicants' needs for reasonable job accommodations due to mental or physical disabilities

**Exceptions** (circumstances under which policy does not apply)
Exceptions to this policy should be assessed on a case-by-case basis with the advice and counsel of the Human Resources and/or Legal Departments. For example, an exception may arise under the complaint procedures of this policy where the complaining employee is covered by a collective bargaining agreement that provides for different complaint/grievance procedures.

**What Constitutes Non-Compliance**
Non-compliance with this policy should be reviewed on a case-by-case basis with the advice and counsel of the Human Resources and/or Legal Departments.

**Consequences of Non-Compliance**
Harbor Hospital and MedStar Health take a "zero tolerance" approach to violations of its EO Policy. Therefore, any employee, whether supervisory or non-supervisory, who is determined to have violated this policy can be subjected to disciplinary action, up to and including dismissal. In addition, violations of federal, state or local EO laws and regulations addressed in this policy may lead to legal and/or financial liability.

**Explanation and Details/Examples**

Harbor Hospital and MedStar's EO policy applies to all aspects of employment at Harbor Hsopital and MedStar, specifically including, but not limited to:

- Recruiting
- Hiring
- Promotions
- Demotions
- Job Transfers
- Reasonable Job Accommodations
- Working Conditions
- Harbor Hospital and MedStar-sponsored training programs
- Educational assistance
- Harbor Hospital and MedStar-sponsored social and recreational programs or events
- Compensation
- Benefits
- Discipline
- Reductions in force
- Termination of employment

**Requirements and Guidelines for implementing the policy**

**Reporting Discrimination in the Workplace**

All Harbor Hospital and MedStar Health employees are responsible for helping to ensure that workplace discriminatiion is prevented. The most effective way in which this can be accomplished is for an employee who believes that he/she has witnesses discrimination, knows of discrimination or is being subjected to discrimination should immediately notify his/her supervisor, Human Resources and/or the Compliance Department. Employees should also review and utilize Harbor Hospital and MedStar Health's Grievance Resolution Policy as a means of addressing possible occurrences of discrimination.

**Compliance Department Hot Lines**

Employees who wish to contact the Compliance Department to discuss and/or raise complaints of possible violations of this policy should call one of the following telephone numbers:

For employees working in MedStar Health's Maryland locations:
(410) 931-3554

For employees working in MedStar Health's Washington, D.C. locations:
(202) 877-2900 or (877) 210-3320

**Non-Retaliation**

In addition to a zero tolerance approach to discrimination in the workplace, Harbor Hospital and MedStar Health take the same approach with respect to acts of unlawful retaliation. Employees have a legal right to report and/or assist in investigations of possible violations of Harbor Hospital and MedStar Health's EO Policy. The Company acknowledges and will take appropriate steps to protect this legal right. Specifically, it is Harbor Hospital and MedStar's policy that an employee who reports and/or assists in the investigation of a possible violation of this policy will not be subjected to retaliation, of any form, on or off workplace premises, by

supervisory or non-supervisory personnel.

Retaliation that is prohibited by this policy includes, but is not limited to, the following conduct that <u>occurs as a direct result of</u> an employee's report of and/or assistance in the investigation of an EO policy violation:

- Explicit or implied threats, verbal or physical
- Inappropriate comments
- Acts of intimidation
- Negative change in working conditions
- Unwarranted disciplinary action
- Unwarranted exclusion from meetings, conferences or other work-related events

Employees who believe that they may be the subject of retaliation in violation of this policy should contact their immediate manager or supervisor, Human Resources or the Compliance Department. Human Resources and/or Compliance will be responsible for investigating such complaints. The Legal Department may be contacted for assistance in such situations.

**Internal Investigations**

In keeping with its commitment under this policy, Harbor Hospital and MedStar Health will promptly and effectively investigate EO complaints of which it is made aware. Such investigations will be conducted by the Human Resources, Compliance and/or Legal Departments.

EO investigations are to be treated as confidential. Therefore, the investigator(s) and those participating in the investigation must take reasonable steps to maintain the confidentiality of the complaining party, the alleged transgressor, witnesses and other individuals who may assist or otherwise be involved in the investigation. However, it is important to note that complete confidentiality cannot be guaranteed in such investigations. For example, it may be necessary to reveal the identity of the complaining party and/or witnesses in order for the alleged transgressor to be apprised of the allegations against him/her and to be afforded a fair opportunity to responsd to the allegations.

Harbor Hospital and MedStar's Grievance Resolution Policy provides employees with a way to express their concerns about possible discrimination, harassment or other violations of Harbor Hospital and MedStar's policies, including its EO Policy. Therefore, employees are encouraged to utilize the Grievance Resolution Policy to raise such concerns and complaints. Employees also have the right to file external complaints with the appropriate federal, state or local agency.

**Related Policies**

Accommodating Individuals with Special Needs

Standard of Behavior 📄

Harassment Prevention 📄

Grievance Resolution Policy 📄

**Procedures which are absolutely linked to the policy**
See above, Reporting Discrimination in the Workplace and Internal Investigations

**Legal reporting requirements**
Human Resources is responsible for filing the Company's annual EEO-1 Reports, as required by the U.S. Equal Employment Opportunity Commission.

**Reference to laws or regulations of outside bodies**
Title VII of the Civil Rights Act, and similar state and local laws
Americans With Disabilities Act, and similar state and local laws

**Right to change or terminate policy**
Modifications to this policy should be made with the advice and counsel of the Human Resources and/or Legal Departments.

| Reference: | |
|---|---|
| Approved By: | |

| Initiating Department: | HR Policies |
|---|---|
| Affected Departments: | All |
| Index: | EEO, Equal Employment Opportunity, equal opportunity |
| Under Review: | |
| Date Retired: | |
| Review Log: | |
| Publication Log: | Created by: Dawn C Hoffmann on 01/18/2002 01:28:27 PM; Published by: Lesley Hightower on 02/08/2002 01:52:22 PM; |



**Harbor Hospital**
*a MedStar Health Hospital*

3001 South Hanover Street
Baltimore, Maryland 21225
(410) 350-3200

# Human Resources
# Employee Policies &
# Procedures

| Title: | **Harassment Prevention Policy** | Section: | MedStar - Policies |
|---|---|---|---|
| Purpose: | To ensure all Harbor Hospital and MedStar employees are informed of the zero tolerance harassment policy. | Number: | D 4 |
| Attachments / Addendums: | | Approval Date: | 01/01/2002 |
| | | Latest Revision: | 01/02/2002 |
| | | Next Review Date: | 01/02/2003 |

**D 4 Harassment Prevention Policy**

**Policy Statement**

It is Harbor Hospital and MedStar's policy that all employees have a right to work in an environment free of discrimination. Harassment, such as sexual harassment, is a form of unlawful discrimination. Generally, sexual harassment may occur when an employee is subject to unwelcome sexual attention or conduct that is so severe and pervasive as to unreasonably interfere with his/her job performance and/or create an intimidating, hostile or offensive working environment. Therefore, any employee's conduct that creates such a work environment is strictly prohibited.

In addition, no manager or supervisor shall threaten or insinuate, either explicitly or implicitly, that an employee's submission to or rejection of sexual advances will <u>in any way</u> influence any personnel decision regarding that employee's employment, wages, advancement, assigned duties, employment benefits, shifts or work schedules, or any other condition of employment or career development.

Other sexually harassing conduct in work situations, both on and off premises, that can create an offensive work environment and is prohibited by this policy includes, but is not limited to, the following examples:

- Repeated sexual or romantic flirtations, advances and/or propositions after the employee has made his/her rejection known
- Threats, directly or indirectly, to retaliate against an employee if he/she refuses to comply with a sexually oriented advance or proposition
- Sexually suggestive and unwelcome physical touching of another individual
- Continual or repeated verbal abuse of a sexual nature
- Sexually explicit or graphic verbal comments about an individual's body
- Sexually degrading words used to describe an individual
- Indecent exposure
- Display in the workplace of sexually suggestive objects or pictures

It is important that every Harbor Hospital and MedStar Health employee understands that sexual harassment is not the only form of harassment that is prohibited in the workplace. This policy equally prohibits harassment based on an individual's race, color, creed, religion, national origin, citizenship, sex, age, physical or mental disability, marital status, sexual preference or orientation, or any other characteristic protected by federal, state or local EO laws and regulations. Therefore, any employee who

believes that he/she has witnessed and/or been subjected to such prohibited conduct should follow the reporting procedures described in this policy.

Harassment prohibited by this policy will not be tolerated, whether it is committed by supervisory or non-supervisory personnel, consultants, contract employees, vendors, patients or visitors of Harbor Hospital and MedStar Health.

**Scope of Policy**
This policy covers all Harbor Hospital and MedStar employees, subsidiaries and operating units.

**Definitions**
Not applicable.

**Responsibilities**

**Management**
- Adhere to the letter and the spirit of Harbor Hospital and MedStar's Sexual Harassment Policy, and related laws and regulations
- Promote compliance with the terms of this policy and be alert to possible policy violations
- Foster an environment that is free from harassment and/or retaliation
- Immediately report to Human Resources and/or the Legal Department any known or perceived violations of this policy
- Cooperate with any internal investigations that may arise from any known or perceived violations of this policy
- Periodically review Harbor Hospital and MedStar's Sexual Harassment Policy

**Employees**
- Adhere to the letter and spirit of Harbor Hospital and MedStar's sexual harassment policies, and related laws and regulations
- Foster an environment that is free from harassment and/or retaliation
- Inform management and/or Human Resources of situations where actual or potential violations of this policy exist (*See Internal Complaint Resolution Policy* )
- Cooperate with their managers to ensure compliance with this policy
- Cooperate with any internal investigations that may arise from known or perceived violations of this policy
- Review, ensure understanding of this policy and present any questions to management and/or Human Resources

**Human Resources**
- Assist in ensuring managers' and employees' compliance with and understanding of the terms of this policy
- Ensure that federal and state government nondiscrimination posters, as well as Harbor Hospital and MedStar's Harassment Prevention and EO Policies, are displayed permanently in conspicuous locations in all Harbor Hospital and MedStar facilities
- Ensure that Harbor Hospital and MedStar's EO, Harassment Prevention, and Accommodations for Individuals with Special Needs policies are covered in new employee orientation programs
- Assist in educating managers, supervisors and employees regarding this policy, its requirements and their responsibilities under this policy

- Where appropriate report complaints of known or perceived violations of this policy to the Legal Department
- Where appropriate, conduct internal investigations of complaints regarding known or perceived violations of this policy.
- Serve as Harbor Hospital and MedStar Health's representative to federal and state employment discrimination agencies regarding charges filed by employees, former employees and/or job applicants and, with the assistance of the Legal Department provide requested information, position statements and the like

**Exceptions** (circumstances under which policy does not apply)
Exceptions to this policy would be rare and should be reviewed on a case-by-case basis with the advice and counsel of Human Resources and/or the Legal Department.

**What Constitutes Non-Compliance**
Non-compliance with this policy should be reviewed on a case-by-case basis with the advice and counsel of Human Resources and/or the Legal Department.

**Consequences of Non-Compliance**
Harbor Hospital and MedStar Health takes a "zero tolerance" approach to violations of its Sexual Harassment Policy. Therefore, any employee, whether supervisory or non-supervisory, who is determined to have violated this policy can be subjected to disciplinary action, up to and including dismissal. In addition, violations of federal, state or local EO laws and regulations may lead to personal legal and financial liability.

**Explanation and Details/Examples**
See above.

**Requirements and Guidelines for implementing the policy**

**Reporting Harassment in the Workplace**
All Harbor Hospital and MedStar Health employees are responsible for helping to ensure that workplace harassment is prevented. The most effective way in which this can be accomplished is for an employee who believes that he/she has witnesses harassment, knows of harassment or is being subjected to harassment should immediately notify his/her supervisor, Human Resources and/or the Compliance Department. Employees should also review and utilize Harbor Hospital and MedStar Health's Internal Complaint Resolution Policy as a means of addressing possible occurrences of harassment.

**Compliance Department Hot Lines**
Employees who wish to contact the Compliance Department to discuss and/or raise complaints of possible violations of this policy should call one of the following telephone numbers:

For employees working in Harbor Hospital and MedStar Health's Maryland locations:
            (410) 931-3554

**Non-Retaliation**
Employees have a legal right to report and/or assist in investigations of possible violations of this and/or the Equal Opportunity Employment policy. Harbor Hospital and MedStar Health acknowledges and will take appropriate steps to protect this legal right. Specifically, it is Harbor Hospital and MedStar's policy that an employee who reports and/or assists in the investigation of a possible violation of this policy will not be subjected to retaliation, of any form, on or off workplace premises, by supervisory or

non-supervisory personnel.

Retaliation that is prohibited by this policy includes, but is not limited to, the following conduct that occurs as a direct result of an employee's report of and/or assistance in the investigation of a sexual harassment policy violation:

- Explicit or implied threats, verbal or physical
- Inappropriate comments
- Acts of intimidation
- Negative change in working conditions
- Unwarranted disciplinary action
- Unwarranted exclusion from meetings, conferences or other work-related events

Should an employee believe that he/she is being subjected to retaliation as described above, he/she should immediately notify his/her manager, supervisor, Human Resources and/or the Compliance Department.

**Internal Investigations**
In keeping with its commitment under this policy, Harbor Hospital and MedStar Health will promptly and effectively investigate harassment complaints of which it is made aware. Such investigations will be conducted by the Human Resources, Compliance and/or Legal Departments.

Harassment investigations are to be treated as confidential. Therefore, the investigator(s) and those participating in the investigation must take reasonable steps to maintain the confidentiality of the complaining party, the alleged transgressor, witnesses and other individuals who may assist or otherwise be involved in the investigation. However, it is important to note that complete confidentiality cannot be guaranteed in such investigations. For example, it may be necessary to reveal the identity of the complaining party and/or witnesses in order for the alleged transgressor to be apprised of the allegations against him/her and to afford him/her a fair opportunity to provide a response to the allegations.

Harbor Hospital Grievance Resolution Policy provides employees with a way to express their concerns about possible harassment or other violations of Harbor Hospital policies, including its Harassment Prevention Policy.  Therefore, employees are encouraged to utilize the Grievance Resolution Policy  to raise such concerns and complaints. Employees also have the right to file external complaints with the appropriate federal, state or local agency.

**Related Policies**

Accommodations for Individuals with Special Needs
Equal Employment Opportunity Policy 📄
Grievance Resolution Policy 📄


**Procedures which are absolutely linked to the policy**

See above Reporting Harassment in the Workplace and Internal Investigations

**Legal reporting requirements**

Not applicable.

**Reference to laws or regulations of outside bodies**

Title VII of the Civil Rights Act
Maryland Human Relations Act
D.C. Human Rights Act

**Right to change or terminate policy**

This policy should be modified with the advice and counsel of Human Resources and/or the Legal Department.

| Reference: | |  |
|---|---|---|
| Approved By: | *[signature]* | |