# HARBOR HOSPITAL

# EMPLOYEE HANDBOOK

August, 2001
Revised September 2002

- **Ownership:** We are responsible for our own actions and should always take ownership for the end result of our decisions.

- **Engagement:** We will become engaged in all aspects of our daily work life and strive to make our workplace a better place.

- **Creativity:** We expect better than the norm and are encouraged to find new ways to approach our tasks. We recognize creativity in the individual, the local unit and the division, and share it with others in the new organization.

- **Honesty:** We will always be honest with each other. We will constructively critique our peers, subordinates and superiors.

- **Enjoyment:** We must create an environment that allows us to enjoy our life. The work we do should not be seen as a struggle.

## EMPLOYMENT

To ensure the quality of its employees and through them the best possible care to its patients, Harbor Hospital hires the most qualified candidate for each vacancy. Vacancies are posted on the bulletin boards outside the Human Resources office. Anyone interested in employment, transfer, or promotion opportunities should check the vacancy postings, call the Job Line at 410-350-3885, contact the Employment office, or visit our website at www.harborhospital.org. Harbor Hospital recognizes the "Employment at Will" concept as referenced by Maryland Law. Therefore, employment and compensation can be terminated with or without cause, and with or without notice, at any time by either the employee or Harbor Hospital.

### Equal Employment Opportunity (EEO) Policy/Harassment

It is the policy of Harbor Hospital to provide equal employment opportunity to all qualified employees and qualified applicants for employment without regard to race, color, religion, sex, national origin, marital status, or physical or mental disability, or any other basis prohibited by law. This policy applies to all the terms and conditions of employment including, but not limited to, hiring, placement, training, compensation, transfer, promotion, leave of absence, termination, layoff and recall.

It is also the stated policy of Harbor Hospital to prevent and prohibit <u>any kind</u> of harassment, particularly including sexual or racial harassment, with respect to co-workers, subordinate employees, or supervisors.

Any violation of this Equal Employment Opportunity Policy should be brought promptly to the attention of the employee's supervisor or to that supervisor's superior if the supervisor is the subject of the complaint. If these individuals are not available or the employee thinks that it would be inappropriate to report to his/her supervisor, the employee should contact the Assistant Vice President of Human Resources.

The Hospital considers the implementation and monitoring of this Equal Employment Opportunity Policy to be an important part of each supervisor's responsibility. Supervisors will inform all employees of the Policy and shall take positive steps in an effort to seek adherence to the Policy by all employees within the sphere of their responsibility.

The failure of any employee to comply fully with the Policy will be grounds for discipline up to and including discharge.

### The Americans with Disabilities Act (A.D.A.)

The A.D.A. is a federal civil rights law specifically for individuals with physical and mental disabilities. It gives civil rights protection to individuals with these disabilities like those provided by other civil rights laws to individuals on the basis of race, color, sex, national origin, religion, and age. The A.D.A. defines a person with a disability as an individual whom:

- Has a physical or mental impairment that limits one or more of the major life activities (i.e.: walking, speaking, seeing, hearing, etc.)

- Has a record of such impairments

- Is regarded as having such an impairment

The Hospital will offer equal employment opportunities for qualified individuals who may have a physical or mental disability, but can still perform the essential functions of the job. This may require a reasonable accommodation, if the accommodation does not provide an "undue hardship" on Harbor Hospital.

The Hospital will provide reasonable accommodations to those employees protected by the A.D.A. Employees who qualify under A.D.A. should discuss the need for a possible accommodation with their supervisors, if this is necessary to maintain acceptable performance.

Harbor Hospital does not discriminate against individuals with physical or mental disabilities with regard to any employment practice, term, condition or privilege of employment.

The Human Resources Department oversees the Hospital compliance with A.D.A. If you have any questions, please contact that office at ext. 3579.

All employees have a continuing obligation to give authorization and to submit to required testing when requested by Employee Health clinical staff. This is a condition of continued employment and refusal to submit to a substance abuse test constitutes grounds for discharge.

Violations of this policy will include but are not limited to use, possession, sale, concealment, transportation or dispensing of controlled substances on any property or facility of Harbor Hospital and MedStar during the work day (including breaks and lunch) or any use outside the workplace if the employee shows physical signs while at work of such use.

Testing and administration of this policy will be implemented in a manner that complies with all applicable federal, state and local regulations and laws.

Employees who test positive for substance abuse are subject to corrective action and/or may be required to obtain assistance and treatment through a formal program as a condition of continued employment.

For questions, please contact Employee Health (ext. 3549) or refer to the Employee Health and Safety Policy and Procedure Manual found in your department.

**Performance Evaluations (ADS)**

Harbor employees receive a formal evaluation once per year with the Assessment and Development System (ADS). The evaluation year is April 1 - March 31 and there are three phases: <u>Planning</u> (setting goals), <u>Coaching</u> (ongoing, with a formal coaching session mid year) and <u>Assessing</u> (supervisor completes evaluation and discusses your scores in a one on one meeting). Your score will be based 50% on behavior competencies and 50% on technical competencies. Merit adjustments are based on your ADS score and will be announced and determined each year once the assessment phase is completed.

**Corrective Action**

Harbor Hospital expects employees to maintain acceptable standards, in their interaction with patients, co-workers, physicians and visitors. An employee who fails to follow the policies and procedures of Harbor Hospital, or who fails to perform satisfactorily the requirements of the job, will be subject to corrective action. This action may include verbal warnings, first written warnings, final written warnings (usually with a suspension) and termination. *Please note: the corrective action need not be progressive and any incident may result in termination based on the nature and severity of the incident in question.* While all infractions and incidents cannot be listed, the Human Resources Policy and Procedures Manual does provide a sample list of infractions and possible levels of corrective action.

8

### Grievance Resolution Procedure

A grievance may be filed if an employee receives corrective action or feels that he/she has been treated unfairly. A formal grievance or a charge of unfair treatment other than termination must be filed with Human Resources within ten working days (M-F) following the event. A grievance for a charge resulting in termination must be filed with HR within three working days of the termination. The grievance meeting will include the employee, the next level manager and HR. Employees who are not satisfied with the first level grievance may appeal to the second level, which will be heard by the appropriate Vice President and HR. The determination of the second level hearing is final. Each grievance will be evaluated and resolved on its own merit.

### Resignation Notice Period

To resign in good standing, you must notify your supervisor. The length of notice you should give is generally equal to your annual vacation accrual or a minimum of at least two weeks if you do not earn vacation.

If you do not provide adequate notice as defined below, you will <u>not</u> receive payment for your accrued vacation balance and you will <u>not</u> be eligible for rehire by MedStar.

Grades 1 – 33          2 weeks notice period
Grades 34 and higher   3 weeks notice period
Managers and above     4 weeks notice period

The effective date of your separation is the last day physically worked. You may not take leave beyond that date. You may not use sick leave once you have given notice of your intention to resign unless approved FMLA by Employee Health and Safety.

Upon resignation, any unused vacation to which you are entitled will be paid in a lump sum. You will receive this payment after your final paycheck. There will be no payment for personal leave or sick leave.

### Exit Interview

Employees who resign must contact Human Resources (ext. 3211) to schedule an exit interview. This interview will generally take 30 minutes or less and will be held during paid work time. *Employees who do not have an exit interview may not be eligible to receive payment for their accrued vacation balances.*

### Rehire Policy

Employees, who resign in good standing, giving the proper amount of notice, may be rehired provided their qualifications meet the requirements of the position for which they are applying.