HARBOR HOSPITAL CENTER
DEPARTMENT OF IMAGING
PATIENT SATISFACTION SURVEY

Dear Imaging Department Client,

In order to continue providing quality care and service to the members of our health service community, we ask that you take a moment to fill out this Patient Satisfaction Survey. Please rate the following statements to the best of your ability.

1. Was your appointment(s) scheduled in a convenient and timely manner?
    **(Excellent)**   Good   Fair   Poor

2. Was the registration staff courteous and prompt at check-in?
    Excellent   Good   Fair   **(Poor)**

3. Were you seen for your appointment in a timely manner?
    **(Excellent)**   Good   Fair   Poor

4. Did the staff member introduce himself/herself to you?
    **(Excellent)**   Good   Fair   Poor

5. Was the procedure explained clearly and simply?
    **(Excellent)**   Good   Fair   Poor

6. Was the staff courteous and knowledgeable?
    **(Excellent)**   Good   Fair   Poor

7. How would you rate your overall experience?
    **(Excellent)**   Good   Fair   Poor

8. Would you recommend Harbor Hospital Center's Imaging Department to your family and friends for service?  Yes ✓   No ___

9. If a Radiologist was present during your procedure, were you satisfied with the service that he/she provided you?  Yes ___   No ___

If you answered No to questions 8 or 9, please share your concerns:
_registration staff not friendly or helpful_

10. Is there any way that we could have improved our service to you?
_____
_____
_____

# HARBOR HOSPITAL CENTER
## DEPARTMENT OF IMAGING
### PATIENT SATISFACTION SURVEY

Dear Imaging Department Client,

In order to continue providing quality care and service to the members of our health service community, we ask that you take a moment to fill out this Patient Satisfaction Survey. Please rate the following statements to the best of your ability.

1. Was your appointment(s) scheduled in a convenient and timely manner?
   **(Excellent)**   Good   Fair   Poor

2. Was the registration staff courteous and prompt at check-in?
   Excellent   Good   Fair   **(Poor)**

3. Were you seen for your appointment in a timely manner?
   **(Excellent)**   Good   Fair   Poor

4. Did the staff member introduce himself/herself to you?
   **(Excellent   Good)**   Fair   Poor

5. Was the procedure explained clearly and simply?
   **(Excellent   Good)**   Fair   Poor

6. Was the staff courteous and knowledgeable?
   **(Excellent)**   Good   Fair   Poor

7. How would you rate your overall experience?
   **(Excellent   Good)**   Fair   Poor

8. Would you recommend Harbor Hospital Center's Imaging Department to your family and friends for service?   Yes ✓___   No___

9. If a Radiologist was present during your procedure, were you satisfied with the service that he/she provided you?   Yes___   No ✓___

If you answered No to questions 8 or 9, please share your concerns:
_I think that your registration staff could be more courteous. Talk patients when they register, not their friends or hospital staff._

10. Is there any way that we could have improved our service to you?
_____
_____
_____

HARBOR HOSPITAL CENTER
DEPARTMENT OF IMAGING
PATIENT SATISFACTION SURVEY

Dear Imaging Department Client,

In order to continue providing quality care and service to the members of our health service community, we ask that you take a moment to fill out this Patient Satisfaction Survey. Please rate the following statements to the best of your ability.

1. Was your appointment(s) scheduled in a convenient and timely manner?
   Excellent   Good   (Fair)   Poor   N/A

2. Was the registration staff courteous and prompt at check-in?
   Excellent   Good   Fair   (Poor)

3. Were you seen for your appointment in a timely manner?
   (Excellent)   Good   Fair   Poor

4. Did the staff member introduce himself/herself to you?
   (Excellent)   Good   Fair   Poor

5. Was the procedure explained clearly and simply?
   (Excellent)   Good   Fair   Poor

6. Was the staff courteous and knowledgeable?
   (Excellent)   Good   Fair   Poor

7. How would you rate your overall experience?
   Excellent   Good   Fair   (Poor)

8. Would you recommend Harbor Hospital Center's Imaging Department to your family and friends for service?   Yes____   No _X_

9. If a Radiologist was present during your procedure, were you satisfied with the service that he/she provided you?   Yes _✓_   No____

If you answered No to questions 8 or 9, please share your concerns:
PATIENT REGISTRATION WAS VERY UNHELPFUL, ARROGANT, SHORT AND NOT UNDERSTANDING!
"ONE BAD APPLE RUINS THE WHOLE BUNCH"

10. Is there any way that we could have improved our service to you?
FRIENDLY + COURTEOUS RECEPTION!

MZ.

July 2000

# HARBOR HOSPITAL CENTER
# DEPARTMENT OF IMAGING
# PATIENT SATISFACTION SURVEY

Dear Imaging Department Client,

In order to continue providing quality care and service to the members of our health service community, we ask that you take a moment to fill out this Patient Satisfaction Survey. Please rate the following statements to the best of your ability.

1. Was your appointment(s) scheduled in a convenient and timely manner?
   (Excellent)   Good   Fair   Poor

2. Was the registration staff courteous and prompt at check-in?
   Excellent   Good   Fair   (Poor)

3. Were you seen for your appointment in a timely manner?
   (Excellent)   Good   Fair   Poor

4. Did the staff member introduce himself/herself to you?
   Excellent   Good   Fair   Poor

5. Was the procedure explained clearly and simply?
   Excellent   Good   Fair   Poor

6. Was the staff courteous and knowledgeable?
   Excellent   Good   Fair   Poor

7. How would you rate your overall experience?
   Excellent   Good   Fair   Poor

8. Would you recommend Harbor Hospital Center's Imaging Department to your family and friends for service?   Yes __✓__   No _____

9. If a Radiologist was present during your procedure, were you satisfied with the service that he/she provided you?   Yes __✓__   No _____

If you answered No to questions 8 or 9, please share your concerns:

_____
_____
_____

10. Is there any way that we could have improved our service to you?

_____
_____
_____

Registration Staff rude, rude and not nice

" "

HARBOR HOSPITAL CENTER
DEPARTMENT OF IMAGING
PATIENT SATISFACTION SURVEY

Dear Imaging Department Client,

In order to continue providing quality care and service to the members of our health service community, we ask that you take a moment to fill out this Patient Satisfaction Survey. Please rate the following statements to the best of your ability.

1. Was your appointment(s) scheduled in a convenient and timely manner?
   (Excellent)   Good   Fair   Poor

2. Was the registration staff courteous and prompt at check-in?
   Excellent   Good   Fair   (Poor)

3. Were you seen for your appointment in a timely manner?
   (Excellent)   Good   Fair   Poor

4. Did the staff member introduce himself/herself to you?
   (Excellent)   Good   Fair   Poor

5. Was the procedure explained clearly and simply?
   (Excellent)   Good   Fair   Poor

6. Was the staff courteous and knowledgeable?
   Excellent   (Good)   Fair   Poor

7. How would you rate your overall experience?
   (Excellent)   Good   Fair   Poor

8. Would you recommend Harbor Hospital Center's Imaging Department to your family and friends for service?  Yes __✓__   No _____

9. If a Radiologist was present during your procedure, were you satisfied with the service that he/she provided you?  Yes _____   No _____

If you answered No to questions 8 or 9, please share your concerns:

_____
_____
_____

10. Is there any way that we could have improved our service to you?

_____
_____
_____

HARBOR HOSPITAL CENTER
DEPARTMENT OF IMAGING
PATIENT SATISFACTION SURVEY

Dx 5/00

Dear Imaging Department Client,

In order to continue providing quality care and service to the members of our health service community, we ask that you take a moment to fill out this Patient Satisfaction Survey. Please rate the following statements to the best of your ability.

1. Was your appointment(s) scheduled in a convenient and timely manner?
   (Excellent)   Good   Fair   Poor

2. Was the registration staff courteous and prompt at check-in?
   Excellent   Good   (Fair)   Poor

3. Were you seen for your appointment in a timely manner?
   (Excellent)   Good   Fair   Poor

4. Did the staff member introduce himself/herself to you?
   (Excellent)   Good   Fair   Poor

5. Was the procedure explained clearly and simply?
   (Excellent)   Good   Fair   Poor

6. Was the staff courteous and knowledgeable?
   (Excellent)   Good   Fair   Poor

7. How would you rate your overall experience?
   (Excellent)   Good   Fair   Poor

8. Would you recommend Harbor Hospital Center's Imaging Department to your family and friends for service?   Yes __✓__   No _____

9. If a Radiologist was present during your procedure, were you satisfied with the service that he/she provided you?   Yes _____   No _____

If you answered No to questions 8 or 9, please share your concerns:
_____
_____
_____

10. Is there any way that we could have improved our service to you?
_____
_____
_____

HARBOR HOSPITAL CENTER
DEPARTMENT OF IMAGING
PATIENT SATISFACTION SURVEY

Dear Imaging Department Client,

In order to continue providing quality care and service to the members of our health service community, we ask that you take a moment to fill out this Patient Satisfaction Survey. Please rate the following statements to the best of your ability.

1. Was your appointment(s) scheduled in a convenient and timely manner?
   (Excellent)   Good   Fair   Poor

2. Was the registration staff courteous and prompt at check-in?
   Excellent   Good   (Fair)   Poor

3. Were you seen for your appointment in a timely manner?
   Excellent   (Good)   Fair   Poor

4. Did the staff member introduce himself/herself to you?
   Excellent   (Good)   Fair   Poor

5. Was the procedure explained clearly and simply?
   Excellent   (Good)   Fair   Poor

6. Was the staff courteous and knowledgeable?
   Excellent   (Good)   Fair   Poor

7. How would you rate your overall experience?
   (Excellent)   Good   Fair   Poor

8. Would you recommend Harbor Hospital Center's Imaging Department to your family and friends for service?   Yes_____   No_____

9. If a Radiologist was present during your procedure, were you satisfied with the service that he/she provided you?   Yes_____   No_____

If you answered No to questions 8 or 9, please share your concerns:
_____
_____
_____

10. Is there any way that we could have improved our service to you?
_____
_____