ADS   CHECK   LIST   COVER   SHEET

APRIL 1, 1999  - MARCH 31, 2000

DEPARTMENT _Admitting_ EMPLOYEE NAME _Claude  Patricia_

**PLEASE ATTACH THIS COVER SHEET TO *EACH* EMPLOYEE PACKET
BROUGHT TO HR. (one per employee)   CHECK ALL APPROPRIATE BOXES**

_✓_ ADS signed by both Employee and Manager

_____ PRN employee with shortened evaluation in lieu of ADS (If not
applicable write N/A)

_✓_ Continuing Education including Mandatory Events  (may include
Edu-go, M3 , and/or other information)

_N/A_ Age Competencies if applicable  (If not applicable write N/A)

Supervisor   or   Manager   Signature

# Individual Report

User Name: CLAUDE, PATRICIA
User Id : 215848805

| Course | Date | Pass | Score |
|---|---|---|---|
| CORPORATE COMPLIANCE: A PROACTIVE STANCE | 06/01/2000 | YES | 80 |
| ELECTRICAL SAFETY | 06/02/2000 | YES | 100 |
| ELECTRICAL SAFETY | 06/02/2000 | YES | 87 |
| EMERGENCY PREPAREDNESS | 06/01/2000 | YES | 88 |
| FIRE SAFETY | 06/01/2000 | YES | 80 |
| PATIENT RIGHTS | 06/06/2000 | YES | 100 |
| SECURITY AND WORKPLACE VIOLENCE | 06/02/2000 | YES | 100 |
| STANDARD PRECAUTIONS: BLOOD AND BODY FLUIDS | 06/02/2000 | YES | 84 |
| TRANSMISSION PRECAUTIONS: AIRBORNE | 06/02/2000 | YES | 100 |
| TRANSMISSION PRECAUTIONS: CONTACT AND DROPLET | 06/02/2000 | YES | 87 |
| WORKING SAFELY WITH HAZARDOUS CHEMICALS | 06/02/2000 | YES | 100 |

Return to My Records

STAFF DEVELOPMENT RECORD FOR EMPLOYEES

NAME _Patricia Claude_                    PERIOD _1999-2000_

SS# _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_

STAFF DEVELOPMENT ACTIVITY

PLEASE RECORD PARTICIPATION IN ANY STAFF DEVELOPMENT ACTIVITIES SUCH AS CLASSES, WORKSHOPS, SEMINARS , SELF LEARNING PACKETS, VIDEO TAPES, COMMITTEE MEETINGS, STAFF MEETINGS, ETC.  WHERE APPROPRIATE, ATTACH CERTIFICATE OF ATTENDANCE.

| PROGRAM / TOPIC / MEETING | DATE | CONTACT HOURS/TIME | INITIALS | COMMENTS |
|---|---|---|---|---|
| | | | | |
| SMS Training | 4/99 | | cf | |
| Insurance Processing Tng | 4/99 | | cf | |
| ABN/Lab Compliance Tng | 4/5/00 | | cf | |
| MSP Training | 4/6/00 | | cf | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## MedStar Health

## Performance Assessment

Job Title: Patient Registrar - Admitting/Registration

Job Code: 1656-1

Evaluator: LUCILLE E. WHITE

Employee Name: PATRICIA CLAUDE

Employee Number: 2775

Deptartment: 45310

Evaluation Period: 04/01/1999 - 03/31/2000

| | Behavioral Competency | Validation | | | | | Weight% | Rating | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | DO | F | RD | SS | T | | | |
| 1 | Contributing to Team Effectiveness | ☑ | ☑ | ☐ | ☐ | ☐ | 11 | 2 | 22 |
| | Comments | | | | | | | | |
| 2 | Building and Sustaining Relationships | ☑ | ☑ | ☐ | ☐ | ☐ | 11 | 2 | 22 |
| | Comments | | | | | | | | |
| 3 | Innovation, Creativity, and Learning | ☑ | ☑ | ☐ | ☐ | ☐ | 11 | 2 | 22 |
| | Comments | | | | | | | | |
| 4 | Systems Thinking/Knowledge of the System | ☑ | ☑ | ☐ | ☐ | ☐ | 11 | 2 | 22 |
| | Comments | | | | | | | | |
| 5 | Problem Solving/Decision Making | ☑ | ☑ | ☐ | ☐ | ☐ | 11 | 1.5 | 16.5 |
| | Comments: Pat needs to work on alternative solutions when presented with a registration problem. | | | | | | | | |
| 6 | Initiative and Accountability | ☑ | ☑ | ☐ | ☐ | ☐ | 11 | 2 | 22 |
| | Comments | | | | | | | | |
| 7 | Customer Service Focus | ☑ | ☑ | ☐ | ☐ | ☐ | 12 | 1.5 | 18 |
| | Comments: PAT NEEDS TO WORK ON CUSTOMER SERVICE SKILLS AS WE HAVE HAD SOME COMPLAINTS | | | | | | | | |

**MedStar Health**

**Performance Assessment**

Job Title: Patient Registrar - Admitting/Registration    Employee Name: PATRICIA CLAUDE

Job Code: 1656-1     Employee Number: 2775

Evaluator: LUCILLE E. WHITE     Deptartment: 45310

Evaluation Period: 04/01/1999 - 03/31/2000

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Resource Management | | ☑ | ☑ | ☐ | ☐ | ☐ | | 11 | 2 | 22 |

Comments

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Planning/Organizational Ability | | ☑ | ☑ | ☐ | ☐ | ☐ | | 11 | 2 | 22 |

Comments

Total Behavioral Rating:    188.5

## MedStar Health

## Performance Assessment

**Job Title:** Patient Registrar - Admitting/Registration

**Job Code:** 1656-1

**Evaluator:** LUCILLE E. WHITE

**Employee Name:** PATRICIA CLAUDE

**Employee Number:** 2775

**Deptartment:** 45310

**Evaluation Period:** 04/01/1999 - 03/31/2000

### *Technical Assessment*

| | Technical Standard | Validation | | | | | Weight% | Rating | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | DO | F | RD | SS | T | | | |
| 1 | Contributes to the achievement of established department goals and objectives and adheres to department policies, procedures, quality standards, and safety standards. Complies with governmental and accreditation regulations. | ☑ | ☑ | ☐ | ☐ | ☐ | 20 | 2 | 40 |
| Comments | | | | | | | | | |
| 2 | Interviews patients, families, or outside sources to obtain complete and accurate demographic and financial information and inputs data into system for registration, billing, and patient tracking. | ☑ | ☑ | ☐ | ☐ | ☐ | 30 | 2.5 | 75 |
| Comments | | | | | | | | | |
| 3 | Ensures that all necessary questionnaires and specific forms are completed according to pre-determined requirements by government or regulatory agencies. | ☑ | ☐ | ☐ | ☐ | ☐ | 10 | 2 | 20 |
| Comments | | | | | | | | | |
| 4 | Confirms insurance coverage. Obtains authorizations by utilizing available resources such as Blueline, EVS, HDX, and Access line. | ☑ | ☑ | ☐ | ☐ | ☐ | 10 | 2 | 20 |
| Comments | | | | | | | | | |
| 5 | Explains regulatory financial requirements to the patient or responsible party and collects deposits or deductible amounts as required. | ☐ | ☐ | ☐ | ☐ | ☐ | 0 | 0 | 0 |
| Comments | | | | | | | | | |

# MedStar Health

## Performance Assessment

Job Title: Patient Registrar - Admitting/Registration

Job Code: 1656-1

Evaluator: LUCILLE E. WHITE

Employee Name: PATRICIA CLAUDE

Employee Number: 2775

Deptartment: 45310

Evaluation Period: 04/01/1999 - 03/31/2000

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | Performs Bed Control functions, when assigned, following hospital guidelines. Assigns physicians to patients, and maintains doctors' cards. Checks administrative action list for physicians on Medical Records' suspension. Maintains transfer, discharge and admission list, as needed. | ☐ | ☐ | ☐ | ☐ | ☐ | 0 | 0 | 0 |

Comments

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | Maintains flexibility in Admitting, such as: bed control, clerical support, ASC, projections, POP, oncology, in-patients, and lab compliance. | ☑ | ☑ | ☐ | ☐ | ☐ | 15 | 2 | 30 |

Comments

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Participates in multi-disciplinary quality and service improvement teams. | ☐ | ☐ | ☐ | ☐ | ☐ | 0 | 0 | 0 |

Comments

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Participates in meetings and on committees and represents the department and hospital in community outreach efforts. | ☐ | ☐ | ☐ | ☐ | ☐ | 0 | 0 | 0 |

Comments

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | Performs other related duties as assigned. | ☑ | ☑ | ☐ | ☐ | ☐ | 15 | 2 | 30 |

Comments

Total Technical Rating: 215.0

Page 4 of 6

**MedStar Health**

**Performance Assessment**

Job Title: Patient Registrar - Admitting/Registration

Job Code: 1656-1

Evaluator: LUCILLE E. WHITE

Employee Name: PATRICIA CLAUDE

Employee Number: 2775

Deptartment: 45310

Evaluation Period: 04/01/1999 - 03/31/2000

**Employee's Comments**

Will most definitely try to work harder on my customer service skill, not that I feel I have done anything wrong because there is always room for improvement, but just for the record I always treat people like I would want to be treated and that's with the up most respect.

My signature acknowledges that I have met with my supervisor to discuss my assessment and that I understand my assessment.

_Patricia Claude_    6-2-00

Employee                        Date

Please attach any additional comments or documentation and forward to Human Resources

Page  6  of  6

## MedStar Health
## Performance Assessment

Job Title: Patient Registrar - Admitting/Registration

Job Code: 1656-1

Evaluator: LUCILLE E. WHITE

Employee Name: PATRICIA CLAUDE

Employee Number: 2775

Deptartment: 45310

Evaluation Period: 04/01/1999 - 03/31/2000

*AssessmentSummary*

Total Behavioral Rating: **188.5**

Total Technical Rating: **215.0**

Total Assessment: **403.5**

Supervisor's Comments

_Lucelle White 6/1/00_

Supervisor                    Date