**DOCUMENTATION**

Mrs. Patricia A. Claude
3017 Seamon Ave
Baltimore, Maryland  21225

11/11/01

***Mrs,. Patricia Claude***
Harbor Hospital Center
3001 S Hanover St
BALTIMORE, MARYLAND 21225

Human Resources

***Oct. 15, 2001 Incident***

Two women came in to register a pt that was down in eeg, the
mother came up to register the child along with the childs
grandmother, when they came in I was on the phone with my
physician who called me to tell me something was found on my
ultraasound.  I'm sorry but I was not smiling as if it was one of my
better days. I was scared because I had told my doc. that I felt
something,  but she did not feel it at the time. I told my doctor that I
would definitely get back with her because I had a pt that just
walked in, by that time the pt mother and grandmother was coming
back to my desk and I said  "Hello may I help you, " and the pt's
grandmother said you look mad, and I said I'm not mad a little
upset maybe but not mad, but I did not go into any details. the pt's
mother was fine with me, but her mother  was not, she had a
attitude, but I did not focused on her I focused on the pt's  mother I
was registering. The daughter seemed to be very nice and she
knew I was upset,  but she as well did not focus on that, she was
more concerned about getting her child registered then what was
wrong with me and she was not mad or upset, and when the
registration was complete I thanked her and they proceeded to eeg
except on the way out the door the mother mumbled something to
her, and with the attitude that the grandmother had I'm sure it
wasn't anything nice, but again there was no confrontation of any
kind.



When I got up stairs Tim called me in the office and closed the door stating to me he got a complaint , Now out of all the people that I register it is almost impossible to please everyone, but I sure do try and I am not going to stop trying to please everybody , it does not cost me anything to be nice and kind to someone, because that's how I would want people to be to me and then too I treat people the way I would like to be treated . So with that in mine you very rarely go wrong. You know I have to say this even though its not related but when we had the collapse of the world trade center after seeing a major disaster such as that-it felt good to be able to come in and just be able to say Good Morning or to tell someone to have a good day because so many people lost their lives and is not able to say that, so I appreciate everyday that I can come in here with a smile and say good morning...

I've worked down in xray for pretty close to 9yrs by-myself , Tim put me up in admitting now which I don't mine the change to much because change is good as long as it's for the better, but Tim expects me to know all the things in admitting that they are doing and I don't and it's going to take me some time so if he is going to keep me there I just wish he would have a little more patiences--I know more now than I knew before but I still have a long way to go and that comes with time. and then to why make me work by-myself all those years and now that he took me out of xray he decided to put two people down there. Please tell me what took him so long, I realize that I'm not perfect, but I try to be professional at my job and if I was not good I would not have been down there or here at this hospital this long.

I think our hospital is a great place to work, but our management needs to take more pride in the employees because they are our superiors and it does not hurt to say good morning and it seems like the only time the employee is acknowledge is when something goes wrong. But I've also had several recognitions while working here even one from Human Resource I've registered Mr. .Barney Johnson wife several times and she herself was very pleased with me. Pt's bring me flowers to sit on my desk I did not ask them to do that, but out of the goodness of their heart and knowing good people when they see them is a blessing.

I would like to continue to work here without being harassed or humiliated for something I have not done and I know for sure I'm not the only one bringing Tim to your attention and it really does not matter to me who my boss is as long as I do my job and I don't miss time unless I'm sick and I am never late.

Sincerely,

**Mrs. Patricia Claude,**
Registration Assistant

PC/pc

Files:  Copy