# HARBOR HOSPITAL CENTER
## CONFIDENTIAL EMPLOYEE REPORT RECORD

Department _Admitting / Registration_ Date _10/17/01_

Name of Employee _Patricia Claude_ Position _Registrar_

Reason for Report (check one) ☑ _verbal warning_

☐ Commendation  ☐ First Written Warning  ☐ Final Written Warning  ☐ Termination

Supervisor's Remarks (give all pertinent information) _____

_____

On October 17, 2001 you have been verbally counseled for poor customer relations that involved a patients family member.

On October 15, 2001 you were talked to about unacceptable customer relations in regards to a complaint from a patients family member.

You are expected to display immediate and ongoing improvement in the quality of service you provide your customers and family. If no immediate improvement is seen further progressive corrective action will occur inclusive of termination.

Use reverse side for further comments by supervisor and/or employee.
Copy to: Personnel file, Supervisor, Employee

_Pat Claude_
Employee's Signature
Date _10/17/2001_

_Lindsay Shelton_
Supervisor's Signature
Date _10/17/2001_