# HARBOR HOSPITAL CENTER
## CONFIDENTIAL EMPLOYEE REPORT RECORD

Department: Admitting / Registration          Date: 11/2/2001

Name of Employee: Patricia Claude          Position: Registrar

Reason for Report (check one)

☐ Commendation     ☒ First Written Warning     ☐ Final Written Warning     ☐ Termination

Supervisor's Remarks (give all pertinent information)

On November 2, 2001 you are being given a written warning for poor customer relations involving a patient.

On October 17, 2001 you were verbally counseled for poor customer relations that involved a patients family member.

On October 15, 2001 you were talked to / counseled about unacceptable customer relations in regards to a complaint from a patients family member.

You are expected to display immediate and ongoing improvement in the quality of service you provide to your customers and family. If no immediate improvement is seen, further progressive corrective action will occur inclusive of termination.

Use reverse side for further comments by supervisor and/or employee.
Copy to: Personnel file, Supervisor, Employee

Employee's Signature*: Employee refused to sign          Supervisor's Signature: Timothy Shettel

Date: 11/2/2001          Date: 11/2/2001

(* Signature indicates review, not necessarily agreement.)