**DOCUMENTATION**

Mrs. Patricia A. Claude
3017 Seamon Ave
Baltimore, Maryland 21225

November 11, 2001

**Mrs,. Patricia Claude**
Harbor Hospital Center
3001 S Hanover St
BALTIMORE, MARYLAND 21225

Human Resources

**Oct. 2, 2001 Incident**

A pt's mother came into register her child for a eeg I believe. When she came in I was with another pt, but I noticed her when she came in the door,. The pt I already had at my desk ,I was calling her doctors office for a script for a mammogram because they said we need something in writing from the doc. I was just trying to have them fax me a script. I noticed the pt in the waiting area, she was looking somewhat mad, but she did not have to wait long, so why she looked so mad I don't know - I told my pt I was calling for the script to go ahead and go on over and tell Mary that the script was being faxed . Before I could get up to go to the front desk to call the young lady to my desk she just came on back and I spoke and asked if I could help her-she said her son was getting a eeg and she seemed to be upset about something so I asked her if she was O.K. was everything alright and she said very harshly "'I just didn't hear you,." so I proceeded to ask for her ins. card please, it seemed like it upset her even more the fact that she had to go into her purse to get the card--it was as if she almost threw her card at me, but you see we are trained to over look things like that and not pour gasoline on fire. Personally I felt a little bad because I did not deserve to be treated like that ,no one does,. My next question to her was, " Did she have her referral ?" because the ins. was an MCO. She then said she left it down in eeg and I then told her we need a copy of the referral , that was our authorization to do the test, she sucked her teeth and went down to eeg to get the referral. So in the mean time I proceeded on to my next pt ,but since I already had the registration on the computer I went on and put it through so that she would not have to wait when she returned, I moved on to my next pt, just when I was almost finished this pt the young lady

came back, my pt was just about done, she only had to wait about a minute ,once I was done I called her right back and she handed me the referral I copied it gave it back to her verified the information and let her go. I also told her thanks and have a good day and she actually said "You to". When I got back from lunch Tim approached me and told me to come into the office and close the door. I knew something was wrong but did not know what, he told me he got a complaint and I was totally shocked ,because now I'm wondering why. I did nothing wrong ,said nothing wrong. Tim said the pt told him, that she told me , she was partially deaf and that I was being loud and rude---but she never told me she was partially deaf I could not believe what I was hearing and I said to Tim "If I was loud then why didn't she hear me and why nobody else heard me ," now forgive me if I am wrong but I take pt confidentially seriously with the way that waiting area is arranged and I told Tim that, .and he said get over it and move on, he then said "This is a verbal warning and we are going to put you up here." I then asked why because I have been doing this for so long and was very good at holding it down especially with being by myself. I then became very upset and started crying because I know deep within myself nothing ever transpired with me and that pt 's mother. I've just been having a really sick feeling, because someone can just report you for nothing and he writes you up for it-. If there was some sort of confrontation I could see it, but nothing to my knowledge transpired . Tim got up and walked out of the office and told me to get over it and move on .I was so upset I could not doanything else the rest of the day,

As a solution why he just didn't put someone down there with me to help me. I don't understand admitting but is willing and trying to learn it, but with all that's involved with admitting it will take time and patience from Tim..

Sincerely,

*Patricia Claude*

**Mrs. Patricia Claude,**
Registration Assistant

PC/pc

Files: Copy