<u>DOCUMENTATION</u>

Mrs. Patricia A. Claude
3017 Seamon Ave
Baltimore, Maryland  21225

11/11/01

**Mrs,. Patricia Claude**
Harbor Hospital Center
3001 S Hanover St
BALTIMORE, MARYLAND 21225

Human Resources

**Nov.2, 2001 Incident**

Pt came  in to be registered for some lab testing, pt had Aetna U.S. Healthcare and I was not sure if he could have his lab done here, so I called Aetna and they asked me why was the pt here at the hospital for lab,  that he should go to lab corp., so I kindly explained that to the pt and the pt stated "my psychiatrist said I could come here,"  I then told him if he has the test done here that he will be responsible for the bill. While I still had the ins. co. on the phone the pt wanted to speak with them, so he spoke directly with the ins. co, on the phone, and the ins. co. told him that he should go to lab corp. All the pt had was a written script form his psychiatrist,  but there were no diagnosis codes for the lab test he was requesting and I told him i would call his doctors office to try and get the diagnosis codes and to let them know we need a lab corp. requisition form, mean time I was still trying to get through to the doctor office which was in Greenbelt Md. My call would not go through ,the pt stated "I can try and call to, it don't cost me nothing."  I did not ask the pt to us his cell phone, but Tim says I made the pt use his cell phone.  All the supervisors I believe was in a meeting or at lunch I'm not sure which.. I told the pt we are a drawing station for lab corp. that we can draw his blood here but we need the lab corp. form, pt got up to leave. The secretary at the front desk came back to me and said the pt acted as if he was high on something but I just assumed he was on medication.

The next thing I know Tim asked to speak with me, he then said he got another complaint from this pt, Tim then said I made the pt use his cell phone  and he said I was eating at my desk, which I was not eating.. Tim told me I have an access code for the phone and if I do, then I never

knew it and I explained that to him and he disputed me. My supervisor never even took into consideration that the pt was being referred by a psychiatrist.

Sincerely,

*Patricia Claude*

**Mrs. Patricia Claude,**
Registration Assistant

PC/pc

Files:  Copy

JORGE VALLECILLO, MD
SRIDHAR ATLURI, MD
1319 LIGHT ST
BALTIMORE      MD 21230
    410-752-0924   BMD
    19773362-3

52656452565     52656452565

52656452565     52656452565

52656452565     52656452565

0885.11

Patient Name (Last): Rutherford   (First): Franklin   (MI):   Sex: M   Date of Birth: 11 14 36

Form Pt needed for test.

297334  CMP12+LP+6AC

**REQUIRED** Diagnosis / Signs / Symptoms / In ICD-9 Format

<table>
<tr><th colspan="2">Disease Panels/Combinations</th><th colspan="2">Alphabetical/Combination Tests</th><th colspan="2">Alphabetical Tests (cont)</th><th colspan="2">Alphabetical Tests (cont)</th></tr>
<tr><td>☐ Acute Hepatitis Panel</td><td>80074</td><td>☐ ABO and Rh</td><td>006049</td><td>☐ HIV-1 Antibodies*</td><td>083824</td><td>☐ T3 Uptake</td><td>001156</td></tr>
<tr><td>☐ Basic Metabolic Panel (8)</td><td>80048</td><td>☐ Amylase</td><td>001396</td><td>☐ Iron and IBC</td><td>001321</td><td>☐ Thyroxine (T4)</td><td>001149</td></tr>
<tr><td>☐ Comp Metabolic Panel (14)</td><td>80053</td><td>☐ Antinuclear Antibodies</td><td>006254</td><td>☐ Lithium (Eskalith*)</td><td>007708</td><td>☐ TSH, High Sensitivity</td><td>004259</td></tr>
<tr><td>☐ Electrolyte Panel</td><td>80051</td><td>☐ B12 and Folate</td><td>000810</td><td>☐ Magnesium</td><td>001537</td><td>☐ Urinalysis</td><td>003038</td></tr>
<tr><td>☐ Hepatic Function Panel (7)</td><td>80076</td><td>☐ BUN (Blood Urea Nitrogen)</td><td>001040</td><td>☐ Phenytoin (Dilantin*)</td><td>007401</td><td></td><td></td></tr>
<tr><td>☐ Lipid Panel</td><td>80061</td><td>☐ CEA</td><td>002139</td><td>☐ Potassium</td><td>001180</td><td>☐ Aerobic Bacterial Culture</td><td>008649</td></tr>
<tr><td>☐ Renal Function Panel</td><td>80069</td><td>☐ Cholesterol, Total</td><td>001065</td><td>☐ Prolactin</td><td>004465</td><td>☐ Blood Culture, Routine</td><td>008300</td></tr>
<tr><td colspan="2">**Hematology**</td><td>☐ Creatinine</td><td>001370</td><td>☐ PSA</td><td>010322</td><td>☐ Chlamydia/GC DNA Probe</td><td>006479</td></tr>
<tr><td>☐ CBC w Diff w Plt</td><td>85025</td><td>☐ Digoxin (Lanoxin*)</td><td>007385</td><td>☐ Prothrombin Time (PT)</td><td>005199</td><td>☐ Group B Strep Colonization Detection Cult/DNA Probe</td><td>188128</td></tr>
<tr><td>☐ CBC w Diff w/o Plt</td><td>85022</td><td>☐ FSH and LH</td><td>028480</td><td>☐ PTT Activated</td><td>007207</td><td>☐ Genital Culture, Routine†</td><td>008334</td></tr>
<tr><td>☐ CBC w/o Diff w Plt</td><td>85027</td><td>☐ Glucose, Plasma</td><td>001818</td><td>☐ Reticulocyte Count</td><td>005280</td><td>☐ Herpes Culture</td><td>008193</td></tr>
<tr><td>☐ CBC w/o Diff w/o Plt</td><td>85021</td><td>☐ hCG, Beta Subunit, Qual</td><td>004556</td><td>☐ Rheumatoid Arthritis Factor</td><td>006502</td><td>☐ Ova & Parasites</td><td>008623</td></tr>
<tr><td>☐ Hematocrit</td><td>85014</td><td>☐ hCG, Beta Subunit, Quant</td><td>004416</td><td>☐ RPR</td><td>006072</td><td>☐ Stool Culture†</td><td>008144</td></tr>
<tr><td>☐ Hemoglobin</td><td>85018</td><td>☐ HDL Cholesterol</td><td>001925</td><td>☐ Rubella Antibodies, IgG</td><td>006197</td><td>☐ Throat, Beta-Hemolytic Strep Cult, Group A</td><td>008169</td></tr>
<tr><td>☐ Platelet Count</td><td>85595</td><td>☐ Helicobacter pylori, IgG</td><td>162289</td><td colspan="2">**Maternal Serum Testing**</td><td>☐ Upper Respiratory Culture†</td><td>008342</td></tr>
<tr><td>☐ RBC Count</td><td>85041</td><td>☐ Hemoglobin A1c</td><td>001453</td><td></td><td></td><td>☐ Urine Culture, Routine†</td><td>008847</td></tr>
<tr><td>☐ Sed Rate, Westergren</td><td>85651</td><td>☐ Hep B Surface Antibody</td><td>006395</td><td></td><td></td><td></td><td></td></tr>
<tr><td>☐ WBC Count</td><td>85048</td><td>☐ Hep B Surface Antigen</td><td>006517</td><td></td><td></td><td></td><td></td></tr>
<tr><td>☐ WBC Differential</td><td>85007</td><td>☐ Hep C Antibody</td><td>140608</td><td></td><td></td><td></td><td></td></tr>
</table>

☐ 998074  ☐ 998085  ☐ 998096  ☐ 998239  ☐ 998250  ☐ 998272  ☐ 278734  **LabCorp**

† = I.D./Susceptibility at Additional Charge
* = Confirmation at Additional Charge
♦ = See Reverse Side