## Coaching Phase

Mid Year: November 27, 2001

Employee: Patricia Claude

Title: Registrar

I would like to see Patricia expand her registration skills to gain a better understanding of the functions of the Admitting Office. I would like to see Patricia gain a better understanding of the ABN process. I would like for Patricia to incorporate the use of the on-line verification tools of HDX, Blueline, and EVS into her registrations. I would like to see Patricia enhance her customer service skills.

Employee Signature: *[signed] Patricia Claude*

Coaches Signature: *[signed] Tindry [illegible]*

Employee Comments: