# HARBOR HOSPITAL CENTER
## CONFIDENTIAL EMPLOYEE REPORT RECORD

Department: Admitting / Registration       Date: 11/28/2001

Name of Employee: Patricia Claude        Position: Registrar

Reason for Report (check one)

☐ Commendation    ☐ First Written Warning    ☑ Final Written Warning    ☐ Termination

Supervisor's Remarks (give all pertinent information): 1 day suspension

A formal complaint was filed by a visitor of patient Account #9002368695. The visitor complained of your poor customer service skills, and visitor complained that she was treated rudely by you. The visitor stated that you stated to her "you should have never been sent to me." The visitor stated that you told her "I doing an ER admission and I am busy, I can not help you." The visitor stated that she was sent back to the receptionist by you.

As a result of this complaint you are being given a final written warning with a one day suspension for violation #58.3.2.2 of the personnel policy and procedure manual. "negligent treatment or mistreatment of patients, guests, or employees."

Immediate improvement is expected. Further corrective action inclusive of termination to follow if needed.

Verbal given 10/17/2001 first written given 11/2/2001

Use reverse side for further comments by supervisor and/or employee.

Copy to: Personnel file, Supervisor, Employee

Employee's Signature: P. Claude

Supervisor's Signature: [signed]

Date: 11/28/2001    Date: 11/28/2001

(* Signature indicates review, not necessarily agreement.)