(4) False allegations
Was told I neglected pt
suspended

Admitting

Day of Surgery — 11/30/01

**DOCUMENTATION**

Mrs. Patricia A. Claude
3017 Seamon Ave
Baltimore, Maryland 21225

11/30 spoke with Darlene in Human Resources — was told me originally told him to fire you, but we don't want you going to the OR with that on your mind.

**Mrs. Patricia Claude**
Harbor Hospital Center
3001 S Hanover St
Baltimore, Maryland 21225

**Human Resources**

**Nov. 11/28/2001 Incident**

The secretary at the desk when patients first come in called me on the phone and asked me if I could do an ER admission and I told her yes no problem so when I put the phone down labor & delivery call me to put a pt in so in the mean time I trying to quickly get the labor & delivery pt in so I can put the ER pt in as well and usually when the secretary know that we are doing a pt she won't send anyone to you so I don't know if she forgot or what happened, so she sent a pt back to me and I told the pt would she please let the secretary know that I was putting in a ER admission so the pt did--so then the secretary called me on the phone and said they just wanted to ask a question and sent the pt back to me so naturally I'm not going to send the pt back-the question the pt asked was pertaining to bed control and she wanted to know if I could change her sons room to a private room and I don't do that but I never told the pt.mother that, now that was something the secretary should have done was to call the person who does bed control, but never the less I told the pt mother to give me one second while I went back and got the person who does bed control which is Tim's children godmother and she acted like she did not want to budge and harshly asked me what was the pt last name I told her but on my way back there to tell her I noticed they were all laughing and it seemed to be because I had to ask for help so mean time I asked the pt mother to have a seat in booth 2 and told her the bed control person would be right with her and I then went back to my position to complete my registration Tim says I told the pt she should have never been sent back to me and I never said that but I did say to her would you please let the secretary know that I am doing an ER admission, Tim also said I told the pt I'm busy right now I can't help you and I would never ever tell a pt that even if its not my job if I can't help you I will sure find someone that can. Tim says I neglected to help the pt but how could that be if I went back and got the bed control person, Tim then told me that I was suspended for one day without pay and this is a final written warning well I can't cry anymore now I don't know

if Tim is just trying to make himself look good because he has a supervisor position or what, which I am glad for him but please the harrasment has got to stop, everything I've done I've tried my very best to go by the book.

I asked Tim and Carol Lupinsky who is Tim's boss our manager if I could speak with them about this issue because I felt like I needed to stand up and be able to defend myself and Carol got up from her desk and let Tim sit at her desk she then said to me that maybe you are a little to professional or maybe it's your body language which none of this I could make any since out of. I would think they would want me to be professional especially after being there for 14yrs, then she said maybe it's the way you come across to people and the only way I know is to be polite to people so what other way do they want me to come across to people. I then told her I would have to file a grievance because I did not neglect that pt and I did not deserve to even be written up when I actually tried to help the pt mother.

I had already asked Tim for a day off because I was having surgery and I had lots of vacation, holiday and personal days so the fact that I was going to have surgery I needed the day before off and at first he granted it but when this situation came up he suspended me without pay for the day that I asked to be off.

The day of my surgery I stopped down to human resources to let them know I needed to file another grievance but I needed some time because I was on my way upstairs for surgery, I spoke with Darlene in human resources and she told me originally I was to be fired, but she said she did not want me to go into the OR with that on my mind, well I was devastated and totally depressed and I still can't sleep, because every time I close my eyes I can hear Carol saying maybe your a little to professional..

Sincerely,

**Mrs. Patricia Claude**
Registration Assistant

PC/pc

Files: Copy