# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA | |
| [ ] EEOC | |

<u>Baltimore Community Relations</u> and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Ms. Patricia Claude
**HOME TELEPHONE** (Include Area Code): (410) 350-3200
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 3017 Seamon Avenue, Baltimore, MD 21225
**DATE OF BIRTH**:

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Harbor Hospital
**NUMBER OF EMPLOYEES, MEMBERS**:
**TELEPHONE** (Include Area Code): (410) 350-3200
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 3001 S. Hanover Street, Baltimore, MD 21225
**COUNTY**: 003

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [X] DISABILITY   [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 04/12/2002   LATEST: 04/12/2002
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

## AMENDMENT

In addition to the retaliation listed in my original charge I believe that I was further retaliated against when I was terminated on April 12, 2002. The reason given for my termination was that I had made a mistake and mis-labled a file. I admit that I made the mistake, but this was because I had not been properly trained in my new department. Further, I do not understand how this mistake could result in my termination after 15 years of good and faithful service.

I also believe that my treatment may have been based on a mental disability, depression, caused by job stress. I had been on medication since January, 2002 and had been to the EAP program. During my employment Tim Slatterly had asked me if I knew drug dealers and had asked me about my vehicle.

Because of the aforementioned I, therefore, charge the above-named Respondent and/or its agents with violation of Article 4 (entitled "Community Relations") of the Baltimore City Code (1983 Replacement Volume, as amended).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date _____ Charging Party (Signature)

NOTARY (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Patricia A. Claude*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year) 6/7/02

MY Commission Expires: 9/12/05

EEOC FORM 5 (Rev. 07/99)

Apr 03 15:30 2002   CP Initials _____   Chg # , Attachment Page 1

---

Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text

---

"Community Relations") of the Baltimore City Code (1983 Replacement Volume, as amended).

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _3rd_ DAY OF _April_, 20_02_

_Patricia A. Claude_
(SIGNATURE OF COMPLAINANT)

_[signature]_
(NOTARY PUBLIC)

my commission expires: _9/12/05_