# HARBOR HOSPITAL CENTER
## CONFIDENTIAL EMPLOYEE REPORT RECORD

Department: Admitting/Registration   Date: 3/13/2002
Name of Employee: Patricia Claude   Position: Registrar

Reason for Report (check one) ☑ Verbal Warning

☐ Commendation   ☐ First Written Warning   ☐ Final Written Warning   ☐ Termination

Supervisor's Remarks (give all pertinent information)

Failure to follow proper registration procedures when NDX'ing patients. Patricia registered Acct 9002633585 with Medicare Plan M96, NDX shows patient as having Elder Health a managed care medicare HMO. This resulted in $116.76 loss for Harbor Hospital. The correct process of viewing NDX was reviewed with Patricia by Registration Supervisor Tim Shotterly. Patricia made aware of the importance of properly initiating and reviewing NDX. Patricia made aware of the financial losses of not properly following procedures. Patricia made aware that immediate improvement is expected. Patricia made aware that progressive corrective action to follow inclusive of termination.

Use reverse side for further comments by supervisor and/or employee.
Copy to: Personnel file, Supervisor, Employee

Employee's Signature: Employee refused to sign
Supervisor's Signature: T. Shelly
Date: 3/13/02   Date: 3/13/02

(* Signature indicates review, not necessarily agreement.)

15

```
   VIEW ELIG RESPONSE            INSURED SUMMARY               03/12/02  0854
   PYR NAME:  MEDICARE PART A          PLAN CD: M96    REL IND:  70
   LAST NAME: WILLIAMS                 FIRST NAME: NELLIE
   BIRTHDATE: 08/07/1924  SEX: F       SSN: 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   SVC DT: 03/11/2002
   ------------------------------------------------------------PAGE   1 OF   7
   ELIG RSN:                         SRC: MEDICARE                    STS: C
   ---------------------------------------------------------------------------
 ? 1 WILLIAMS          NELLIE     DOB:08/07/1924    SEX:F   HIC#:212227418A
       A-ELIG: 09/01/1977 A-TERM:   /  /      DEATH DT:
     HMO      :              ACTV COVERAGE
     DESCRIPTION NOT FOUND            C:RESTRCTD>HMO      09/01/2001
       HMO                           H2108= ELDER HEALTH MARYL
                                            (   )
     MCARE A:              ACTV COVERAGE

         DISP CD: 02 PART A INQUIRY APPROVED, PRIOR UTILIZATION

   ---------------------------------------------------------------------------
   ! (PF13) RETURN TO PMS                    KEY IN A NUMBER___ TO SELECT
                                            & (PF4) ALL COVERAGES
   & (PF15) ACCEPT INS                       & (PF5) RELATED COV INFO
   ! (PF17) PRINT LIST       ! (PF10) INIT PYR RQST   & (PF11) VIEW INSD DTL
                     ! (PF7) NEXT                     ! (PF9) LAST
 HEVMCR01
```

Pat. Patient has Elderhealth as HMO - you registered Elderhealth plan on Medicare - we got no on this visit testing ) loss

$116.76

```
 INITIATE REQUEST                    ELIGIBILITY REQUEST      03/12/02  0847
-----------------------------------------------------------------------------
 LAST NAME : WILLIAMS                FIRST NM : NELLIE
 BIRTH DT  : 08/07/1924     SEX: F   ZIP CODE : 21217
 SVC DATE  : 03/12/2002              PT NO    :     9002633585
 MED REC NO: 000655119               SSA NO   : 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
          PLANS QUEUED FOR ELIG:  MEMBER NUMBER       GROUP NUMBER
  INS 1: M96  MEDICARE B             212227418A
  INS 2:
  INS 3:
  INS 4:
 PAYOR INFORMATION:         ***********************************************
  PLAN CODE: ___            *  ONLINE ELIGIBILITY SHOULD BE CHECKED FOR:  *
                            *   - MEDICARE                                *
                            *   - AETNA                                   *
                            *   - CIGNA                                   *
 DELETE                     *   - PRUDENTIAL                              *
  PLAN CODE: _              *   - METRAHEALTH                             *
                            ***********************************************
 -----------------------------------------------------------------------------
  ! (PF13) RETURN TO PMS                         & (PF10) INITIATE REQUEST
                                              PRESS ENTER TO PROCESS PAYOR

 HEIERD03
```