3/19/02/UK

page 1

# HARBOR HOSPITAL
## CONFIDENTIAL EMPLOYEE REPORT

DEPARTMENT _Registration/Admitting_   DATE _3/18/2002_
NAME OF EMPLOYEE _Patricia Claude_
POSITION _Registrar_

REASON FOR REPORT:   COMMENDATION   VERBAL WARNING   FIRST WRITTEN WARNING
(Circle One)
                    FINAL WRITTEN WARNING   (SUSPENSION)   TERMINATION
                                              2 day

SUPERVISOR'S REMARKS ( give all pertinent information):

On March 15, 2002 the laboratory returned patient information on a patient you registered. After further investigation, it has been found that you incorrectly labelled a patient's chart, and that you gave the incorrect face sheets for the patient. The correct account number is 900 264 7072. The account number that you supplied was 900 242 2096. Consequently, the laboratory had information on the incorrect patient.

Due to the severity of the above infractions, you are being given a final written warning with a 2 day suspension under section 20.3.2.7 of the Human Resources Employee

Use reverse side for further comments by supervisor and/or employee.

Copy to personnel file, supervisor, employee

_P. Claude_                                    _[signature]_
Employee's Signature *                         Supervisor's Signature

Date _3/18/02_                                 Date _3/18/2002_

(* Employee's signature indicates review, not necessarily agreement)

page 2

# HARBOR HOSPITAL
## CONFIDENTIAL EMPLOYEE REPORT

DEPARTMENT  Registration / Admitting   DATE  3/18/02
NAME OF EMPLOYEE  Patricia Claude
POSITION  Registrar

REASON FOR REPORT:   COMMENDATION   VERBAL WARNING   FIRST WRITTEN WARNING
(Circle One)                     FINAL WRITTEN WARNING   (SUSPENSION)   TERMINATION
                                                          2 day

SUPERVISOR'S REMARKS ( give all pertinent information):

Policies and Procedures "negligent performance of duties"

You are expected to exhibit immediate and sustained improvement when registering patients and completing paperwork. You are to select the correct patient and label all paperwork correctly. Failure to do so will result in progressive corrective action inclusive of termination.

Use reverse side for further comments by supervisor and/or employee.

Copy to personnel file, supervisor, employee

P. Claude                                  [signature]
Employee's Signature *                     Supervisor's Signature
Date  3/11/02                              Date  3/18/02

(* Employee's signature indicates review, not necessarily agreement)