# CHARGE OF DISCRIMINATION

| | CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | [X] FEPA  E022081(Ret)-041<br>[ ] EEOC  12B-A2-00036 |

Baltimore Community Relations _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Patricia Claude | (410) 355-1211 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3017 Seamon Avenue, Baltimore, MD 21225 | | 10/01/1960 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Harbor Hospital | Cat D (501 +) | (410) 350-3200 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 3001 S. Hanover Street, Baltimore, MD 21225 | | 003 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN<br>[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER *(Specify)* | EARLIEST        LATEST<br>10/02/2001  04/01/2002<br>[X] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I have worked at the Harbor Hospital for nearly 15 years as a Registration Assistant. Beginning in October 2001 I have been written up and disciplined several times.

I believe that I am being retaliated against for complaining of discrimination because:

1. On October 2, 2001 my supervisor, Tim Slatterly, gave me a verbal warning based on a patient's complaint. During the meeting I told him I was not rude or unprofessional to the patient, that I felt this wasn't right and that I couldn't change the color of my skin. On the following day I met with Mr. Slatterly and Carol Lapinski, Manager, and told them both I felt the incident was racially motivated.

2. Since then I have been unjustifiably disciplined on October 15th, November 2nd, and November 28th.

3. On November 30th, just before going in for surgery, I spoke to Darleen in the Human Resources Department about filing a grievance, but I decided not to because she advised me that Human Resources had told Mr. Slatterly that he should have fired me.

Because of the aforementioned I, therefore, charge the above-named Respondent and/or its agents with violation of Article 4 (entitled

** Text is Continued on Attached Sheet(s) **

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT<br>*Patricia A. Claude* |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Month, day and year)  4/3/02 |
| Date          Charging Party *(Signature)* | |

EEOC FORM 5 (Rev. 07/99)