# HARBOR HOSPITAL
## CONFIDENTIAL EMPLOYEE REPORT

①

DEPARTMENT _Admitting/Registration_   DATE _4/12/02_
NAME OF EMPLOYEE _Patricia Claude_
POSITION _Registrar_

REASON FOR REPORT:   COMMENDATION    VERBAL WARNING    FIRST WRITTEN WARNING
(Circle One)
                    FINAL WRITTEN WARNING    SUSPENSION    (**TERMINATION**)

SUPERVISOR'S REMARKS ( give all pertinent information ):

On April 12, 2002 patient acct # 900 2711662 was sent to the pre-admission testing laboratory. Upon arrival at the laboratory in pre-admission testing, PAT personnel Deborah Paley noticed patient arrived with laboratory requisition incorrectly labelled. The requisition and labels were returned to registration supervisor Tim Slattery who investigated the issue. Tim determined that Patricia Claude registered the patient and the requisition she supplied to the laboratory was mislabelled with another patient Acct # 900 2711720. Due to the final written warning with 1 day suspension you received on 3/18/02 and the

Use reverse side for further comments by supervisor and/or employee.

Copy to personnel file, supervisor, employee

_Employee refused to sign_         _[signature]_        _Carl Shapiro_
Employee's Signature *              Supervisor's Signature
Date _4/12/02 1500_                 Date _4/12/2002_      _4/12/02_

(* Employee's signature indicates review, not necessarily agreement)

_[signature] 4/12/02_

_[signature] 4-12-02_

# HARBOR HOSPITAL
## CONFIDENTIAL EMPLOYEE REPORT

②

DEPARTMENT __Admitting__   DATE __4/12/2002__
NAME OF EMPLOYEE __Patricia Claude__
POSITION __Registrar__

REASON FOR REPORT:   COMMENDATION   VERBAL WARNING   FIRST WRITTEN WARNING
(Circle One)
                    FINAL WRITTEN WARNING   SUSPENSION   (TERMINATION)

SUPERVISOR'S REMARKS (give all pertinent information):

severity of incident you are being terminated effective immediately under section 20.3.2.7 "negligent performance of duties" of the Human Resources Employee Policies and Procedures. Grievance Policy and Procedures given to employee with grievance form

Use reverse side for further comments by supervisor and/or employee.

Copy to personnel file, supervisor, employee

Employee's Signature *                    Supervisor's Signature

Date _____                       Date _____

(* Employee's signature indicates review, not necessarily agreement)

# PATIENT INFORMATION

| PATIENT NAME (LAST, FIRST) | PATIENT SOC. SEC. NO. | DATE OF BIRTH | SEX |
|---|---|---|---|
| | | | |

| PATIENT ADDRESS | NURSING HOME ROOM # | MR # | PATIENT PHONE NO |
|---|---|---|---|

## BILLING INFORMATION

| | ACCT # | | SELF PAY ☐ |
|---|---|---|---|
| MEDICARE | | MEDICARE NO & LETTER/RAILROAD LETTER & NO. 272 306 499A | |
| MEDICAID | MEDICAID NO. | | STATE |
| OTHER INSURANCE | NAME OF INSURANCE CO. (SEE REVERSE SIDE) | | |
| | POLICY NO. | GROUP NO. | IF BLUE SHIELD, PROVIDE STATE NAME |
| | SUBSCRIBER NAME | RELATIONSHIP TO PATIENT | |

**Patient Label:**
ACCT # 9002711720
WOOLFORD, SUSAN
ABBAS, FOUAD M    POP  / /
MR # 000652009  04/12/02  F  53  11/18/1948

## PHYSICIAN INFORMATION

| DATE OF REQUEST | ORDERING PHYSICIAN: *Patalinghug* | COPY TO | REQUESTING PHYSICIAN UPIN NO. |
|---|---|---|---|
| PHYSICIAN MEDICAID PROVIDER NO. | | PHYSICIAN OR AUTHORIZED SIGNATURE | |

## SPECIMEN INFORMATION

| DATE COLLECTED | TIME COLLECTED | ☐ AM ☐ PM | ☐ FASTING ☐ NON-FASTING | ☐ TIME URINE COLLECTION ☐ RANDOM | DURATION OF COLLECTION | HOURS | ☐ CALL RESULTS ☐ FAX RESULTS | PHONE OR FAX NO. |
|---|---|---|---|---|---|---|---|---|

PHLEBOTOMIST/REGISTRAR/SECOND WITNESS

**RUN STAT ☐**

## DIAGNOSIS INFORMATION

**659090**

ALL TESTS & PANELS ON THIS FORM REQUIRE ICD-9 DIAGNOSIS CODES. THOSE PRINTED IN RED MAY REQUIRE A SIGNED ABN. PLEASE REVIEW THE ABN ON BACK OF THIS SHEET. WHEN ORDERING TESTS FOR MEDICARE PATIENTS, PLEASE SELECT ONLY THOSE TESTS WHICH ARE MEDICALLY NECESSARY FOR THE DIAGNOSIS OR TREATMENT OF THE PATIENT. MEDICARE DOES NOT PAY FOR ROUTINE SCREENING TESTS. ALL TESTS IN A PANEL MUST BE MEDICALLY NECESSARY.

**ICD DIAGNOSIS CODES (ENTER ALL THAT APPLY)**
1: 252.0  2: 401.0  3:  4:  5:  6:

DESCRIPTIVE DIAGNOSIS / SIGNS / SYMPTOMS:

659090  659090  659090
659090  659090  659090

## PANEL TESTS

- ☐ Acute Hepatitis Panel — S
- ☐ Arthritis Panel — S
- ☐ Basic Metabolic Panel — S
- ☐ Comp. Metabolic Panel — S
- ☐ Electrolytes Panel — S
- ☐ Hepatic Profile — S
- ☐ Lipid Panel — S
- ☐ Nursing Home Basic Chem Panel — S
- ☐ Nursing Home Comp. Chem Panel — S
- ☐ OB Panel — S
- ☐ Renal Function Panel — S
- ☐ TORCH Antibody Panel — S

## INDIVIDUAL TESTS

- ☐ Acetone / Ketone — S
- ☐ AFP Quant (Tumor Marker) — S
- ☐ AFP Triple Screen — S
- ☐ Albumin — S
- ☐ Alkaline Phosphatase — S
- ☐ Amylase — S
- ☐ ANA Reflex Titer — S
  - ☐ without Reflex
- ☐ ALT (SGPT) — S
- ☐ AST (SGOT) — S
- ☐ B12, Vitamin — S
- ☐ Beta HCG - Quant — S
- ☐ Beta HCG - Qual (Pregnancy) — UR/S
- ☐ Bilirubin, Total — S
- ☐ Bilirubin, Direct — S
- ☐ Bilirubin, Neonatal — S
- ☐ BUN — S
- ☐ Calcium — S
- ☐ Cancer Antigen 125 — S
- ☐ CBC with Auto diff, reflex manual diff — L
- ☐ CBC, No manual diff — L
- ☐ CEA — S
- ☐ Chloride — S
- ☐ Cholesterol — S
- ☐ Cholesterol, HDL — S
- ☐ Cholesterol, LDL — S
- ☐ CO2 — S
- ☐ CK Total — S
- ☐ Creatinine — S
- ☐ C-React Prot, Quant. — S
- ☐ High Sens. C-React Prot (cardiac) — S

- ☐ Cyclosporin — L
- ☐ Digoxin — S
- ☐ Dilantin (phenytoin) — S
- ☐ Drug Abuse Screen — UR
- ☐ Ferritin — S
- ☐ Folate (folic acid) — S
- ☐ Gentamycin T☐ P☐ R☐ — S
- ☐ Glucose, Nonfasting — S
- ☐ Glucose, Fasting — S
- ☐ HgbA1C (Glyco Hgb) — L
- ☐ Hematocrit — L
- ☐ Hemoglobin — S
- ☐ Hepatitis A Virus Aby — S
  - ☐ Reflex to HAV-IgM if pos.
- ☐ Hepatitis B Core Aby — S
- ☐ Hep B Surface Antigen — S
  - ☐ Reflex to confirm HBA test if pos.
- ☐ Hepatitis B Surface Aby — S
- ☐ Hepatitis C Virus Aby confirm pos. — S
- ☐ HIV-1/HIV-2 — L
  - ☐ Reflex to confirm West Blot
- ☐ HIV-1 Viral Load — L
- ☐ Homocysteine — S
- ☐ Iron & Iron binding capacity (TIBC) — S
- ☐ LDH — S
- ☐ Lipase — S
- ☐ Magnesium — S
- ☐ Phosphorus — S
- ☐ Potassium — S
- ☐ Prealbumin — S
- ☐ PSA - Prost. Spec. Antigen - Total — S

- ☐ PSA - Free and Total — L
- ☐ PT INR - Prothrombin — B
- ☐ PTT (APTT) — B
- ☐ PTH, Intact — L
- ☐ Reticulocyte count — S
- ☐ Rheumatoid Factor reflex titer — S
  - ☐ without Reflex
- ☐ RPR - Reflex titer and FTA if Positive — S
  - ☐ without Reflex
- ☐ Rubella (German Measles) — L
- ☐ Sedimentation Rate — L
- ☐ Sickle Cell Screen reflex Hgb elect. — L
  - ☐ without Reflex
- ☐ Sodium — S
- ☐ TSH Reflex Free T4 if abnormal — S
  - ☐ without Reflex Free T4
- ☐ TSH - 3rd Generation — S
- ☐ T3 Uptake — S
- ☐ T3 Total — S
- ☐ T4 (Thyroxine) — S
- ☐ Free T4 — S
- ☐ Tacrolimus (FK506) — L
- ☐ TCA — UR/S
- ☐ Tobramycin T☐ P☐ R☐ — S
- ☐ Total Protein — S
- ☐ Triglycerides — S
- ☐ Type & Screen — S/L
- ☐ Uric Acid — S
- ☐ Valproic Acid (Depakene) — S
- ☐ Vancomycin T☐ P☐ R☐ — S
- ☐ Off Premise Draw

## MICROBIOLOGY

- ☐ Blood Culture — BCS
- ☐ Chlamydia Probe — PCK
- ☐ Chlamydia/GC Probe — PCK
- ☐ Culture, Source ____
- ☐ Gram Stain
- ☐ Urine Culture Void ☐ Cath ☐ Foley ☐
- ☐ Herpes Screen — VTM
- ☐ Strep A Screen reflex culture if neg. — Sw
- ☐ Virus Culture-specify virus ____ — VTM
- Source ____

## URINE / STOOL

- ☐ C. Difficile — STL
- ☐ Ova & Parasites — STL
- ☐ Complete Urinalysis — UR
- ☐ Urinalysis Reflex Microscopic — UR
- ☐ Occult Blood — STC
- ☐ Total Protein, 24 Hr. — 24HU
- ☐ Creatinine Clearance — 24HU/S
- ☐ Urinalysis, Cytodiagnostic (WHC only) — UR

## OTHER TESTS

EKG
CXR

LABORATORY COPY

FORM # 18-12534 (10/01)