UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND, NORTHERN DISTRICT

| | |
|---|---|
| PATRICIA CLAUDE, | ) |
| Plaintiff, | ) Case No.: JFM-022511 |
| v. | ) |
| HARBOR HOSPITAL CENTER, | ) |
| Defendant. | ) |

**ORDER**

In consideration of the Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED this _____ day of _____, 2003 that the Motion be granted.

_____
Judge United States District Court for
District of Maryland