August 14, 2003

The Honorable J. Frederic Motz
United States District Court Judge
U.S. District Court for the District of Maryland
101 W. Lombard St.,
Chambers 5A
Baltimore, MD  21201

      Re:    Claude v. Helix Health System t/a Harbor Hospital
             Civil Action No. JFM-02-2511

Dear Judge Motz:

      An unsigned affidavit of Carol Lupinos was filed with Harbor Hospital's summary judgment motion last week.  Enclosed, please find an executed version of that affidavit.  We apologize for any inconvenience this may have caused.

                                    Sincerely,

                                    SHAWE & ROSENTHAL, L.L.P.

                                    /s/

                                    Bruce S. Harrison

BSH/fwo

cc:    Lauren Rowinski, Esquire
        Norris Ramsey, Esquire