**Affidavit of Carol Lupinos**

1.      My name is Carol Lupinos.  I have personal knowledge of the matters set forth in this affidavit.

2.      I am the Department Manager for the Admitting and Registration Department of Harbor Hospital.  I have held that position since 2000.

3.      Most of the Patient Registrars, who are members of the Registration Department, are located in the main Admissions area of the Hospital.

4.      A few of the Patient Registrars are assigned to specific departments elsewhere in the Hospital, including the Imaging (or X-ray) Department.  These Registrars, however, are still members of the Admitting and Registration Department and report to the supervisors in that department.

5.      The supervisors for the Admitting and Registration Department, Timothy Shetterly and Lucy White, are located in the main Admissions area.  My office is also located there.

6.      The X-ray Department is located on a different floor than the main Admissions area.  Therefore, there is no daily visual supervision by her supervisor of the Registrar assigned to that department.

7.      Because of the patient complaints on October 15 and 17, 2001, we decided to transfer Ms. Claude from the X-ray department to the main Admissions area, where she could be directly observed by Mr. Shetterly and myself.

8.      Even if Ms. Claude had had no incidents of discipline prior to her two labeling errors, these errors were serious enough to warrant immediate termination.

I declare under penalty of perjury that the foregoing is true and correct.


11th _____ day of August, 2003.


_Carol E. Lupinos_
Carol Lupinos