IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA CLAUDE                    *

                                              *

        v.                    *    Civil No. JFM-02-2511

                                              *

HARBOR HOSPITAL CENTER             *

                                            *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 8th day of September 2003

ORDERED

1.  Defendant's motion for summary judgment is granted; and

2.  Judgment is entered in favor of defendant against plaintiff.

                                     /s/
                                     J. Frederick Motz
                                     United States District Judge