IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Patricia Claude,

Plaintiff

V.                                     Case No. JFM 022511

Harbor Hospital Center,

      Defendant

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF
COURT'D ORDER GRANTING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT**

Plaintiff by the undersigned attorney files this motion for reconsideration and asks the court to alter or amend the summary judgment. This motion does not seek relief from the judgment under Federal Rule of Civil Procedure 60. As grounds for this motion, Plaintiff states as follows:

1. Plaintiff's evidence shows that she made out a prima facie case of discrimination in view of all of the circumstantial evidence in that she had

complained of racial discrimination, and, the defendant followed an irregular procedure in terminating and disciplining. Plaintiff.

2. . Plaintiff 's evidence showed that there was intentional infliction of emotional distress. Where there is an employer /employee relationship the employer is held to a higher standard.

3.  The judgment contains a clear error of law, and reconsideration is necessary to prevent manifest justice. Collision v. International Chem. Workers Un. Local 217, 34 F3d 233, 236 (4th Cir. 1994)

4. As further grounds, Plaintiff submits the attached Memorandum and attachments.

Wherefore, Plaintiff requests the Court to grant her motion for reconsideration.

Respectfully Submitted,

Norris C. Ramsey

Norris C. Ramsey P.A.
2122 Maryland Ave.
Baltimore, Maryland 21218
Trial bar No. 01453