IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRCIA CLAUDE             *

                                                                *   Case No.   JFM-02-2511

vs.

                                                                *

HARBOR HOSPITAL CENTER

                                                              *******

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit <u>1-8</u> which is an attachment to <u>PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and PLAINTIFF'S MEORANDUM BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION                                    </u> exists only in paper format and is 15 pages or longer.  It will be filed with the Clerk=s Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.


<u>     9/18/03       </u>                                       <u>      /S/                              </u>
*Date*                                                                                       *Signature*

                                                                      <u>NORRIS C. RAMSEY,P.A</u>   <u>01453</u>
                                                                      *Printed Name*          *Bar Number*

                                                                      <u>2122 MARYLAND AVENUE</u>
                                                                      *Street Address*

                                                                      <u>BALTIMORE, MD 21218</u>
                                                                      *City/State/Zip*

                                                                      <u>410-752-1646 </u>      <u>410-752-0146</u>

*Phone No.*                *Fax No.*