IN THE UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DISTRICT

| | | |
|---|---|---|
| PATRICIA CLAUDE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. JFM-022511 |
| | * | |
| HARBOR HOSPITAL CENTER, | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

**MOTION FOR BILL OF COSTS**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1920 and 1924 and Rule 109.1 of the Rules of the United States District Court for the District of Maryland, Defendant, Harbor Hospital Center, by and through its undersigned counsel, respectfully moves this Court for an Order granting the attached Bill of Costs in the amount of $1,355.85 based upon the fact that Defendant is the prevailing party in this

action, having been granted summary judgment in this matter on September 8, 2003 and the costs incurred are appropriately taxable.

                                        Respectfully submitted,

                                              /s/
                                      _____
                                      Bruce S. Harrison

                                              /s/
                                      _____
                                      Fiona W. Ong

                                      SHAWE & ROSENTHAL, LLP
                                      20 S. Charles Street, 11th Flr.
                                      Baltimore, Maryland 21201
                                      (410) 752-1040
                                      Attorneys for Defendant

Date:  September 18, 2003

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion for Bill of Costs and accompanying Memorandum were electronically filed this 22nd day of September, 2003.  In the event counsel for Plaintiff is not registered with the Court for service electronically, a paper copy will be mailed on September 22, 2003, via first-class mail, postage prepaid, to:

      Norris Ramsey, Esquire
      Norris Ramsey, P.A.
      2122 Maryland Avenue
      Baltimore, MD  21218

      /s/
      _____
      Bruce S. Harrison