IN THE UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DISTRICT

| | | |
|---|---|---|
| PATRICIA CLAUDE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. JFM-022511 |
| | * | |
| HARBOR HOSPITAL CENTER, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## **AFFIDAVIT OF COUNSEL**

1. My name is Fiona W. Ong. I am an attorney with the law firm of Shawe & Rosenthal, LLP.

2. I was counsel representing Defendant Harbor Hospital Center in the captioned matter.

3. Defendant was granted Summary Judgment on September 8, 2003.

4. Defendant seeks reimbursement in the amount of $ 1235.85, which costs were incurred in obtaining the transcripts of the depositions of Plaintiff Patricia Claude ($642.60), and witnesses Carol Lupinos ($94.50), Lucy White ($123.00), Timothy Shetterly ($155.25), Dawn Hoffman ($83.25), and Darlene Lawyer ($137.25). Copies of these invoices are attached hereto. These depositions transcripts were necessary in the defense of this claim, and were relied upon by Defendant in its Motion for Summary Judgment and Memorandum in Support thereof.

5. Defendant also seeks reimbursement in the amount of $120.00 which reflects copying costs necessarily incurred by Defendant in the defense of this claim.

Specifically, Defendant's Motion for Summary Judgment, Memorandum in Support thereof and exhibits were 300 pages in length. At least two copies of each were necessarily made in connection with the above (1 for filing with the Court - 1 copy served on Plaintiff's counsel). These copies were generated in the offices of Shawe & Rosenthal, LLP at a charge of $.20 per copy. The costs incurred by Defendant as a result of these copies amount to $ 120.00 as set forth in the following chart:

### Copying Costs

300 pages  x  2 copies = 600 pages

600 pages  x  .20 per page = $120.00

     5.     I hereby affirm that the costs sought in Defendant's Bill of Costs are correct, that the costs were necessarily incurred, and the services for which fees have been charged were actually performed and necessary.

I declare under penalty of perjury of the laws of the United States of America, and in accord with 28 U.S.C. § 1746, that the foregoing is true and correct.

                                                                                                  _____

                                                                                                   Fiona W. Ong

Date:  September 18, 2003

# *Al Betz & Associates, Inc.*
P. O. Box 665
Westminster, MD 21158
(410) 752-1733 / (410) 875-DEPO

# INVOICE

**To:** Shawe & Rosenthal
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

**Att:** Fiona W. Ong, Esquire
**Job #** BL23336C
**Case:** Patricia Claude
vs. Helix Health System, Inc.
**Case #** JFM-02-2511

**Invoice #** 96851
**Date:** 6/11/2003

**Terms:** Payable Upon Receipt
EIN: 52-1111786

| Description | Date | Reporter | Pages | Rate | Amount |
|---|---|---|---|---|---|
| Original Transcript of the Deposition of Patricia Claude | 5/21/2003 | BL | 238 | 2.70 | 642.60 |
| Ascii disk, Minuscript, Index - N/C | | | | 0.00 | 0.00 |
| Delivery & Handling | | | | 15.00 | 15.00 |
| If not paid within 30 days, a 1.5% per month service charge on the unpaid balance will apply. | | | | | |
| MD Sales Tax | | | | 5.00% | 0.00 |

Please visit us on the Web:
www.albetzreporting.com

**Total** $657.60

**Al Betz & Associates, Inc.**
P. O. Box 665
Westminster, MD 21158
(410) 752-1733 / (410) 875-DEPO

# INVOICE

To: Shawe & Rosenthal
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

**Att:** Fiona W. Ong, Esquire
**Job #** JB23319W
**Case:** Patricia Claude
vs. Helix Health System, Inc.
**Case #** JFM-02-2511

**Invoice #** 96806
**Date:** 5/16/2003

**Terms:** Payable Upon Receipt
EIN: 52-1111786

| Description | Date | Reporter | Pages | Rate | Amount |
|---|---|---|---|---|---|
| Copy of Transcript of the Deposition of Lucy White | 5/5/2003 | JB | 60 | 2.05 | 123.00 |
| Ascii disk, Minuscript, Index - N/C | | | | 0.00 | 0.00 |
| Delivery & Handling | | | | 15.00 | 15.00 |
| MD Sales Tax | | | | 5.00% | 6.15 |

Please visit us on the Web:
www.albetzreporting.com

**Total** $144.15

**CRC-Salomon**
9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (410) 821-4888    Fax: (410) 821-4889

Job #: 030505AAW
Job Date: 05/05/2003
Order Date: 05/05/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Rebill**

Rebill Date: 07/30/2003
Invoice #: 21991
Inv.Date: 05/13/2003
Balance: $262.60

Bill To:
Fiona W. Ong, Esq.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

Action: Claude, Patricia
vs
Helix Systems, Inc.
Action #:
Rep: Abraham Weinapple
Cert:

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Tim Shetterly | Copy | 69 | Pages | $2.25 | $155.25 |
| 2 | Tim Shetterly | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 3 | Tim Shetterly | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 4 | Carol Lupinos | Copy | 42 | Pages | $2.25 | $94.50 |
| 5 | Carol Lupinos | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 6 | Carol Lupinos | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 7 | | Shipping & Handling | 1.00 | Labor | $12.85 | $12.85 |

Comments:

This Invoice Is Past Due. Did You Forget Us?

Federal Tax I.D.: 52-1938692         Terms: Due Upon Receipt

Sub Total: $262.60
Tax: N/A
Total Invoice: $262.60
Finance Charge: $0.00
Payment: $0.00
Balance Due: $262.60

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

Bill To:
Fiona W. Ong, Esq.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

Deliver To:
Fiona W. Ong, Esq.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

**Rebill**

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

Phone: (410) 821-4888
Fax: (410) 821-4889

Invoice #: 21991
Inv.Date: 05/13/2003
Balance: $262.60
Job #: 030505AAW
Job Date: 05/05/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**CRC-Salomon**
9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (410) 821-4888    Fax: (410) 821-4889

Job #: 030512DDJ2
Job Date: 05/12/2003
Order Date: 05/12/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 22275
Inv.Date: 06/04/2003
Balance: $260.35

**Bill To:**
Fiona W. Ong, Esq.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

Action: Claude, Patricia
vs
Helix Systems, Inc.
Action #:
Rep: Delcia Jones
Cert:

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Darlene Lawyer | Copy | 61 | Pages | $2.25 | $137.25 |
| 2 | Darlene Lawyer | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 3 | Darlene Lawyer | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 4 | Dawn Hoffman | Copy | 37 | Pages | $2.25 | $83.25 |
| 5 | Dawn Hoffman | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 6 | Debbie Gebhardt | Copy | 12 | Pages | $2.25 | $27.00 |
| 7 | Debbie Gebhardt | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 8 | | Shipping & Handling | 1.00 | Labor | $12.85 | $12.85 |

**Comments:**
Thank You For Your Business

Sub Total: $260.35
Shipping: $0.00
Tax: N/A
Total Invoice: $260.35
Payment: $0.00
Balance Due: $260.35

Federal Tax I.D.: 52-1938692    Terms: Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Fiona W. Ong, Esq.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

**Deliver To:**
Fiona W. Ong, Esq.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

**Invoice**

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

Phone: (410) 821-4888
Fax: (410) 821-4889

Invoice #: 22275
Inv.Date: 06/04/2003
Balance: $260.35
Job #: 030512DDJ2
Job Date: 05/12/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: