UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DISTRICT

| | | |
|---|---|---|
| PATRICIA CLAUDE | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. JFM-022511 |
| | * | |
| HARBOR HOSPITAL CENTER | * | |
| | * | |
| Defendant. | * | |

_____/

**ORDER**

Having considered Defendant Harbor Hospital Center's Motion for Bill of Costs, along with any opposition and reply thereto, it is this ____ day of _____, 2003 ORDERED that Defendant's Motion BE and herby IS GRANTED.

_____
J. Frederick Motz
United States District Judge