IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA CLAUDE                  *
                                 *
        v.                       *       Civil No. JFM-02-2511
                                 *
HARBOR HOSPITAL CENTER           *
                              *****

MEMORANDUM

Plaintiff has filed a motion for reconsideration. Essentially, plaintiff attempts to set forth in her motion and accompanying memorandum the grounds for objecting to defendant's motion for summary judgment to which plaintiff failed to file a timely opposition.

As a general proposition, it obviously is in the interest of justice to decide cases on the merits. However, counsel cannot be permitted to impede the administration of justice by ignoring court-imposed deadlines and then seeking to overcome their default by filing a motion for reconsideration after the court has ruled. Here, plaintiff failed to come forward, as she was required to do, with any evidence or legal arguments justifying denial of defendant's summary judgment motion. Nor has she stated any cognizable ground for granting reconsideration. Accordingly, her motion for reconsideration will be denied.

Date: October 30, 2003        /s/_____
                              J. Frederick Motz
                              United States District Judge