IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA CLAUDE                *
                               *
        v.                     *    Civil No. JFM-02-2511
                               *
HARBOR HOSPITAL CENTER         *
                             *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 30th day of October 2003

ORDERED that plaintiff's motion for reconsideration is denied.

/s/
J. Frederick Motz
United States District Judge