IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA CLAUDE    *
                                *
     v.                   *   Civil No. JFM-02-2511
                                *
HARBOR HOSPITAL CENTER    *
                               *****

ORDER

Defendant has filed a motion for bill of costs. Plaintiff has not responded to the motion.

Accordingly, it is, this 30th day of October 2003

ORDERED

1. Defendant's motion for bill of costs is granted; and

2. Costs in the amount of $1,355.85 are awarded in favor of defendant against plaintiff.

/s/
J. Frederick Motz
United States District Judge